UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAQUELINE AHLERS, CATHY GEBHARDT-LALLY and PATRICK WITT, *individually, and on behalf of all others similarly situated*,

Plaintiff,

v.

ALLINA HEALTH SYSTEM,

Defendant.

Case No. 24-cv-3674 (SRN/ECW)

**DEFENDANT'S MOTION TO DISMISS**

Defendant Allina Health System, by and through their attorneys, respectfully moves the Court to dismiss all claims brought against it by Plaintiffs Jacqueline Ahlers, Cathy Gebhardt-Lally and Patrick Witt.

Defendant's motion is based on failure to state a claim upon which relief can be granted. This motion is made pursuant to Fed. R. Civ. P. 12(b)(6), and is based upon the files, records and proceedings herein, including the memorandum of law filed and served herewith.

Dated: March 13, 2025

*s/ Nicole M. Moen*

Nicole M. Moen (#0329435)
Geoffrey Koslig (#0402717)
Maliya G. Rattliffe (#0401993)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-4400
Phone: (612) 492-7000
Fax: (612) 492-7077
nmoen@fredlaw.com
gkoslig@fredlaw.com
mrattliffe@fredlaw.com

*Attorneys for Defendant*
*Allina Health System*