UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JAQUELINE AHLERS, CATHY GEBHARDT-LALLY and PATRICK WITT, *individually, and on behalf of all others similarly situated*,

Plaintiff,

v.

ALLINA HEALTH SYSTEM,

Defendant.

Case No. 24-cv-3674 (SRN/ECW)

**DEFENDANT'S NOTICE OF HEARING**

---

TO: The above-named Plaintiff and their attorneys of record.

PLEASE TAKE NOTICE that on June 5th, 2025, at 11:00a.m., before the Honorable Susan Richard Nelson, at the United States District Court, 316 North Robert Street, St. Paul, Minnesota, 55101, Courtroom 7B, Defendant will seek an order granting its motion to dismiss. Defendant's motion is based on the memorandum of law submitted herewith, the arguments of counsel at the time of the hearing, and all of the files, records, and proceedings herein.

Dated: March 13, 2025

*s/ Nicole M. Moen*
Nicole M. Moen (#0329435)
Geoffrey Koslig (#0402717)
Maliya G. Rattliffe (#0401993)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-4400
Phone: (612) 492-7000
Fax: (612) 492-7077
nmoen@fredlaw.com
gkoslig@fredlaw.com
mrattliffe@fredlaw.com

*Attorneys for Defendant*
*Allina Health System*