UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAQUELINE AHLERS, CATHY GEBHARDT-LALLY and PATRICK WITT, *individually, and on behalf of all others similarly situated*,

Plaintiff,

v.

ALLINA HEALTH SYSTEM,

Defendant.

Case No. 24-cv-3674 (SRN/ECW)

**DECLARATION OF NICOLE M. MOEN**

I, Nicole M. Moen, hereby state and allege as follows:

1. I am an attorney at the law firm of Fredrikson & Byron, P.A., and counsel for Defendant Allina Health System ("Allina") in the above-referenced matter. I make this declaration based on personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of Allina's Notice of Privacy Practices, as retrieved from Allina's website on March 11, 2025, available at https://www.allinahealth.org/customer-service/-/media/allina-health/files/customer-service/mn-and-wi-notice-of-privacy-practices.pdf.

3. Attached hereto as **Exhibit B** is a true and correct copy of Allina's Privacy Policy, as retrieved from Allina's website on March 11, 2025, available at https://www.allinahealth.org/footer/privacy-policy. Page numbers have been added for ease of reference.

I declare under penalty of perjury that everything I have stated in this document is true and correct. 28 U.S.C § 1746.

Dated: March 13, 2025

By: *s/ Nicole M. Moen*
Nicole M. Moen