UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAQUELINE AHLERS, CATHY GEBHARDT-LALLY and PATRICK WITT, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>ALLINA HEALTH SYSTEM,<br><br>Defendant. | Case No. 24-cv-3674 (SRN/ECW)<br><br>**MEET AND CONFER STATEMENT** |

I, Nicole Moen, representing Defendant Allina Health System ("Allina"), hereby certify that counsel for Allina conferred with counsel for Plaintiffs Jacqueline Ahlers, Cathy Gebhardt-Lally and Patrick Witt ("Plaintiffs") on March 11, 2025 regarding Allina's Motion to Dismiss. Pursuant to the parties' meet and confer, Plaintiffs agreed to voluntarily withdraw Count VI, Breach of Confidence.

Dated: March 13, 2025

*s/ Nicole M. Moen*
Nicole M. Moen (#0329435)
Geoffrey Koslig (#0402717)
Maliya G. Rattliffe (#0401993)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Ste. 1500
Minneapolis, MN 55402-4400
Phone: (612) 492-7000
Fax: (612) 492-7077
nmoen@fredlaw.com
gkoslig@fredlaw.com
mrattliffe@fredlaw.com

*Attorneys for Defendant*
*Allina Health System*