UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAQUELINE AHLERS, CATHY GEBHARDT-LALLY and PATRICK WITT, *individually, and on behalf of all others similarly situated*,

Plaintiff,

v.

ALLINA HEALTH SYSTEM,

Defendant.

Case No. 24-cv-3674 (SRN/ECW)

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

This matter came before the Court upon Defendant Allina Health System's Motion to Dismiss. Based upon the arguments of counsel and upon all of the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED**;
2. Plaintiffs' claims pursuant to the Minnesota Health Records Act (Count I) are **DISMISSED WITH PREJUDICE**;
3. Plaintiffs' claims for common law invasion of privacy (Count II) are **DISMISSED WITH PREJUDICE;**
4. Plaintiffs' claims for breach of implied contract (Count III) are **DISMISSED WITH PREJUDICE;**
5. Plaintiffs' claims for common law unjust enrichment (Count IV) are **DISMISSED WITH PREJUDICE;**

6. Plaintiffs' claims for breach of fiduciary duty (Count V) are **DISMISSED WITH PREJUDICE;**

7. Plaintiffs' claims for breach of confidence (Count VI) are **DISMISSED WITH PREJUDICE;**

8. Plaintiffs' claims for common law negligence (Count VII) are **DISMISSED WITH PREJUDICE;**

9. Plaintiffs' claims pursuant to Section 2511(1) of the Electronic Communications Privacy Act (Count VIII) are **DISMISSED WITH PREJUDICE;**

10. **Plaintiffs' Complaint (Doc. 30) is DISMISSED WITH PREJUDICE** in its entirety.

Dated: ____________, ____

______________________________
SUSAN RICHARD NELSON
United States District Judge