**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| JACQUELINE AHLERS, CATHY GEBHARDT-LALLY and PATRICK WITT, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ALLINA HEALTH SYSTEM,<br><br>Defendant. | Case No. 0:24-cv-03674-SRN-ECW<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, hereby move this Court for entry of an Order: (1) certifying the Settlement Class for purposes of settlement; (2) appointing Plaintiffs Jacqueline Ahlers, Cathy Gebhardt-Lally, and Patrick Witt as Class Representatives; (3) appointing David Almeida and Britany Wessan of Almeida Law Group LLC, Brandon Wise and Andrew Tate of Peiffer Wolf Carr Kane Conway & Wise, LLP, and Grayson Wells of Stranch, Jennings & Garvey, PLLC as Class Counsel; (4) granting preliminary approval of the Settlement; (5) approving the proposed form and manner of notice to the Settlement Class; (6) directing that notice to the Settlement Class be disseminated by the Settlement Administrator, Atticus Administration, LLC, in the manner described in the Settlement Agreement; (7) establishing a deadline for Settlement Class Members to submit claims, request exclusion from the Settlement Class, or file objections to the Settlement; and

(8) setting the proposed schedule for completion of further settlement proceedings, including scheduling the Final Approval Hearing.

This Motion is based on the record in this case, including (1) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; (2) the Joint Declaration of Class Counsel in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and attached exhibits; and (3) the Proposed Preliminary Approval Order that is served and filed herewith, as well as any additional materials or argument that may be presented to the Court.

Dated: May 8, 2026

Respectfully Submitted,

*_/s/ David S. Almeida_*
David S. Almeida*
Britany A. Wessan*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
Tel: (708) 529-5418
david@almeidalawgroup.com
britany@almeidalawgroup.com

Brandon M. Wise*
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Tel: (314) 833-4825
bwise@peifferwolf.com

Andrew Ready Tate*
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
235 Peachtree Street NE, Suite 400
Atlanta, GA 30303
Tel: (404) 282-4806

atate@peifferwolf.com

Grayson Wells**
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: (615) 254-8801
gwells@stranchlaw.com

*Attorneys for Plaintiffs & the Class*

** Pro hac vice*
*** pro hac vice forthcoming*