**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| JACQUELINE AHLERS, CATHY GEBHARDT-LALLY and PATRICK WITT, *individually, and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br>v.<br><br>ALLINA HEALTH SYSTEM,<br><br>*Defendant*. | Case No. 0:24-cv-03674-SRN-ECW<br><br>**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND CLASS REPRESENTATIVE AWARDS** |

Pursuant to Federal Rule of Civil Procedure 23(h) and the Class Action Settlement Agreement and Release obtained in the above-captioned matter (Dkt. No. 56-2), Class Counsel respectfully requests an award of one-third of the common fund settlement in attorneys' fees, inclusive of costs, totaling $4,166,666.67 and a $3,500.00 service award for each of the Class Representatives, Jacqueline Ahlers, Cathy Gebhardt-Lally and Patrick Witt.

Class Counsel's request is supported by the accompanying memorandum, the Joint Class Counsel Declaration in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Class Representative Awards attached as **Exhibit A** to the accompanying memorandum, and the record in its entirety.

A proposed Order will be submitted with Plaintiffs' Unopposed Motion for Final Approval to be filed by September 10, 2026. As reflected in correspondence dated July 20, 2026**,** Defendant takes no position with regard to Class Counsel's Motion.

Dated: July 27, 2026

Respectfully submitted,

*/s/ Brandon M. Wise*
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
Brandon M. Wise (IL Bar # 6319580)*
bwise@peifferwolf.com
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
(314) 833-4825

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
Andrew Ready Tate (GA Bar # 518068)*
atate@peifferwolf.com
235 Peachtree Street NE, Suite 400
Atlanta, GA 30303
(404) 282-4806

**ALMEIDA LAW GROUP LLC**
David S. Almeida*
Britany A. Wessan*
849 W. Webster Avenue
Chicago, IL 60614
Tel: (708) 529-5418
david@almeidalawgroup.com
britany@almeidalawgroup.com

**STRANCH, JENNINGS & GARVEY, PLLC**
Grayson Wells*
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gwells@stranchlaw.com

*admitted *pro hac vice*

***Class Counsel***