# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| JACQUELINE AHLERS, CATHY GEBHARDT-LALLY and PATRICK WITT, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br>v.<br><br>ALLINA HEALTH SYSTEM,<br><br>*Defendant*. | Case No. 0:24-cv-03674-SRN-ECW<br><br>**JOINT CLASS COUNSEL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND CLASS REPRESENTATIVE AWARDS** |

We, Class Counsel, declare and state that:

1. We, Brandon M. Wise of Peiffer Wolf Carr Kane Conway & Wise, LLP, David S. Almeida of Almeida Law Group LLC and Grayson Wells of Stranch, Jennings & Garvey PLLC, are Class Counsel[1] for the conditionally certified Settlement Class.

2. We submit this declaration in support of Plaintiffs' Motion for an Attorneys' Fees and Class Representative Awards. Unless otherwise noted, we have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if called upon to do so.

**<u>CLASS COUNSEL'S EXPERIENCE AND EXPERTISE</u>**

3. Collectively, our law firms have several decades of experience litigating

[1] All capitalized terms used in this declaration shall have the same meanings as set forth in the Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to Plaintiffs' Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement [ECF Doc. 56-2] (the "Settlement Agreement" or "Settlement").

consumer class action lawsuits, including many involving data privacy, deceptive practices, breach of contract, and other types of allegedly wrongful conduct. *See* Class Counsel resumes attached hereto as Exhibits 1-3.

4. Class Counsel have emerged as leaders in nationwide litigation against institutions over data breaches, improper storage and protection of sensitive personal data including, but not limited to, the use of third-party tracking technologies on websites to divulge personally identifiable information ("PII") and protected health information ("PHI") (collectively, "Private Information"). Class Counsel coordinated among themselves, including filing an amended complaint effectively consolidating two cases, to provide the best possible representation to Plaintiffs and, at the time, the putative class.

5. Class Counsel have brought that significant experience to bear in investigating, litigating and ultimately reaching an eight-figure resolution of this case.

## THE CLASS ACTION SETTLEMENT

6. This Action, like similar data privacy cases, involves novel claims applied to new technologies which creates numerous complex issues of law and fact.

7. Despite those complex issues, Class Counsel, as a result of their experience, skill, judgment, and hard work, were able to negotiate a settlement of the Action for $12,500,000.00, to be deposited into a non-reversionary Settlement Fund.

8. Based on their ample experience in similar cases, Class Counsel endorse the Settlement as fair, reasonable, and adequate. Additionally, the Settlement structure is appropriate as is the allocation and distribution plan.

9. The amount of the Settlement is well within the range of reasonableness for

data privacy actions of this size and for the type of information at issue. If approved, the Settlement will provide certain, substantial, and immediate relief to the Settlement Class.

10. There was a risk Plaintiffs' claims would not have survived at all, or would have survived only in part, on a class-wide basis after a motion to dismiss, motion for summary judgment, and/or *Daubert* motions on damages methodologies, among other motions.

11. Indeed, the damages methodologies, while theoretically sound in Plaintiffs' view, remain largely untested through disputed class certification proceedings and, to Class Counsels' knowledge, unproven in front of a jury.

12. Additionally, like all cases in this nascent area of the law, there is a high potential for appeal(s).

13. In contrast to the risk, cost, and delay posed by proceeding to trial, the Settlement, if it approved, will provide certain, substantial, and timely relief to the Settlement Class. It ensures that Settlement Class Members with Valid Claims will receive guaranteed compensation now.

14. Based on the foregoing, it is Class Counsel's well-informed opinion that, given the uncertainty and further substantial risk and expense of pursuing the Action through contested class certification proceedings, trial and appeal, the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Settlement Class.

15. Plaintiffs likewise believe the Settlement is favorable to their fellow Settlement Class members.

16. Accordingly, the substantial costs, risk, and delay of a trial and appeal

support a finding that the proposed Settlement is adequate.

17. Class Counsel needed a high degree of skill, both to settle the matter and to be prepared to litigate the merits through any potential motion practice, trial, and appeal.

18. Class Counsel's experience handling significant data privacy cases and their understanding of the related legal issues from those cases helped them successfully and efficiently prosecute this Action and obtain a substantial result for the Settlement Class.

19. The value achieved through the Settlement is guaranteed, whereas the chances of prevailing on the merits are uncertain.

20. Plaintiffs would face more complex motion practice, class certification, and merits issues going forward were it not for the Settlement.

21. In the event litigation were to continue, Defendant would vigorously defend the case, and the litigation would likely continue for years. Considering all of this, Plaintiffs' likelihood of success at trial is far from certain, and the recovery here is more than adequate under the circumstances.

22. Class Counsel have expended a great deal of time, effort, and expense investigating, litigating, and resolving the Action.

23. Prior to the drafting and filing of the initial and the Amended Class Action Complaint, Class Counsel's work in this matter included investigating the use of third-party tracking technologies on Allina's websites to divulge Private Information; interviewing potential clients; evaluating the potential class representatives; contributing to the evaluation of the merits of the case before filing the initial complaints; conducting legal research; working with a consulting expert; and conducting extensive research into

Defendant's installation, configuration, and usage of tracking technologies from Meta and Google on its Web Properties to collect and divulge PII and PHI without Plaintiffs' consent to third-parties.

24. After the filing of the Amended Class Action Complaint, Class Counsel's work included briefing Defendant's Motion to Dismiss, drafting detailed mediation briefs, preparing for and participating in multiple full-day mediations presided over by Mr. Jerry Roscoe of JAMS. The parties first engaged in mediation on November 18, 2025. That mediation was unsuccessful. The Parties re-engaged with Mr. Roscoe via phone, exchanged letters regarding their position on the valuation of the case and legal theories at issue. On February 4, 2026, when the parties participated in a second day of mediation with Mr. Roscoe. That hard-fought mediation culminated in a class action term sheet.

25. Following the Settlement in principle, Class Counsel's work in this matter included drafting the Settlement Agreement, the relevant notices of Settlement, the Unopposed Motion for Preliminary Approval, the forthcoming Unopposed Motion for Final Approval of Class Action Settlement, the instant Motion for Attorneys' Fees and Class Representative Awards and communicating with defense counsel and the Settlement Administrator on a regular basis. Class Counsel have also conferred with our colleagues and with each other regarding strategy and case status, while being mindful to avoid duplicative efforts within our firms.

26. Based on our past experience, we and our firms expect to spend additional hours seeking final approval, defending the Settlement from any potential objections, supervising Claims administration and the distribution of the Settlement Fund, answering

questions from Settlement Class Members, communicating with clients, and preparing for and traveling to the final approval hearing.

27. Our firms prosecuted this Action on a purely contingent basis. As such, Class Counsel assumed a significant risk of nonpayment or underpayment.

28. This Action has required us and other attorneys at our firms and additional Plaintiffs' counsel to spend time that could have been spent on other matters. At various times during the litigation of this Action, significant amounts of our time have been consumed.

29. Because Class Counsel undertook representation of this matter on a contingency-fee basis, we shouldered the risk of expending substantial costs and time in litigating the Action without any monetary gain in the event of an adverse judgment.

30. We devoted a significant amount of time to prosecuting Plaintiffs' claims efficiently and effectively to ensure that the best possible outcome for the Settlement Class could be achieved. As a result, Class Counsel's fee request is reasonable.

31. Class Counsel is not aware of other pending individual litigation against Defendant regarding the practices at issue in this Action.

**THE REQUESTED ATTORNEYS' FEE IS REASONABLE**

32. Plaintiffs request an attorneys' fee award of $4,166,666.67, which represents one-third of the total Settlement Fund.

33. Given the attorneys' fee award sought and the relatively minimal expenses incurred, Class Counsel waives any right to recovery of expenses under the Settlement.

34. To date, Class Counsel has incurred approximately $31,708.50 in litigation

expenses, the vast majority of which represents mediations fees, as the parties participated in two full day mediations, and had numerous calls with Mediator Roscoe. Other expenses include, but are not limited to, expenses for consulting expert, filing fees, and *pro hac vice* fees.

35. Class Counsel have not been paid for their extensive efforts in securing the Settlement benefits for the Settlement Class and has not been reimbursed for litigation costs and expenses incurred.

36. Class Counsel, along with the law firms of Peiffer Wolf Carr Kane Conway & Wise LLP; Almeida Law Group LLC; Stranch, Jennings & Garvey PLLC; Johnson Becker PLLC; Strauss Borelli PLLC; and Cohen & Malad LLP worked cohesively to litigate this matter on behalf of the Settlement Class.

37. Because the case was taken on a purely contingency basis, counsel were unaware if they were going to get paid for their services and reimbursed their costs. Class Counsel assumed the risk of this engagement and worked diligently and efficiently to obtain a substantial result.

38. Class Counsel took on this case with no guarantee they would receive any compensation for their work. Public interest is served by rewarding attorneys who assume representation on a contingent basis with an enhanced fee to compensate them for the risk that might be paid nothing at all for their work. This practice encourages attorneys to assume this risk and allows plaintiffs who would otherwise not be able to hire an attorney to obtain competent counsel.

39. Class Counsel's opportunity cost in pressing the instant litigation was the lost

opportunity to pursue other matters while pursuing this Action.

40. Moreover, based on information provided by Claims Administrator Atticus Administration, as of July 23, 2026, no Settlement Class Member has objected on the basis of the requested attorneys' fees or service awards, and only 33 Settlement Class Members have requested exclusion.

**THE SERVICE AWARDS ARE REASONABLE**

41. The Settlement Agreement calls for reasonable service awards to Plaintiffs in the amount of $3,500.00 each, subject to approval of the Court, in addition to any benefits provided to Settlement Class Members.

42. The Service Awards are meant to recognize Plaintiffs for their efforts on behalf of the Settlement Class, including assisting in the investigation of the case, maintaining contact with Class Counsel, reviewing the pleadings, answering Class Counsel's many questions, communicating with Class Counsel during and following the Settlement negotiations, and reviewing the terms of the Settlement Agreement.

43. Plaintiffs worked extensively with Class Counsel to respond to numerous inquiries regarding their individual facts and circumstances as the litigation proceeded, including investigation into the private information that was allegedly shared without their consent due to Defendant's use of third-party tracking technologies on its websites.

44. They also actively monitored the litigation through continuous communication with Class Counsel. Plaintiffs also put their personal reputations at risk by being named in the Amended Class Action Complaint, putting themselves forward for public scrutiny. Plaintiffs were not promised a service award, nor did they condition their

representation on the expectation thereof.

45. We strongly believe that the Settlement is favorable for the Settlement Class. The settlement addresses the types of injury and repercussions sustained by Settlement Class Members in the wake of their Private Information being divulged to third parties by Defendant without Plaintiffs' consent due to Defendant's usage of third-party tracking technologies on its websites. The Settlement was achieved in a case that was both risky and complex. In the opinion of the undersigned, the settlement is fair, reasonable, adequate, and the request for attorneys' fees and Service Awards should be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true of my own personal knowledge. Executed in New Orleans, Louisiana this 27th day of July, 2026.

/s/ *Brandon M. Wise*
Brandon M. Wise

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true of my own personal knowledge. Executed in Chicago, Illinois this 27th day of July, 2026.

/s/ *David S. Almeida*
David Almeida

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true of my own personal knowledge. Executed in Nashville, Tennessee this 27th day of July, 2026.

/s/ *Grayson Wells*
Grayson Wells

# EXHIBIT 1



PEIFFER WOLF

CARR KANE CONWAY & WISE











# FIRM PROFILE 2025



**Peiffer Wolf Carr Kane Conway & Wise, LLP ("Peiffer Wolf")** was founded in 2013. Joseph Peiffer, Peiffer Wolf's managing partner, previously a litigation partner at Fishman Haygood, LLP in New Orleans, founded the firm to take on cases that change people's lives. To this end, Peiffer Wolf handles a wide variety of cases, including a variety of collective, class, and mass actions. Since its inception, Peiffer Wolf has acquired talented attorneys from coast to coast, becoming a national litigation firm.




**NEW ORLEANS**

935 Gravier St., Ste. 1600
New Orleans, LA 70112

504-523-2434
504-608-1465

**NEW YORK**

160 Linden Oaks
Rochester, NY 14625

585-310-5140
585-397-3745

**CHICAGO**

73 West Monroe Street 5th
Floor, Chicago, IL 60603

314-669-3600
504-608-1465

**SAN FRANCISCO**

555 Montgomery Street, Suite
820, San Francisco, CA 94111

415-766-3544
415-840-9435

**LOS ANGELES**

5042 Wilshire Blvd., no. 304
Los Angeles, CA 90036

415-766-3545
415-840-9435

**CLEVELAND**

6370 Som Center Rd., Suite 108
Cleveland, OH 44139

216-589-9280
216-258-0161

**ST. LOUIS**

One US Bank Plaza, Suite 1950
St. Louis, MO 63101

314-669-3600
314-898-9205

**YOUNGSTOWN**

101 W Federal St, STE. 2
Youngstown, OH 44503

330-642-3925
216-258-0161



**ATTORNEY PROFILES**

# Joseph C. Peiffer

**Founding Partner**

Joe is the Founding Partner of Peiffer Wolf Carr Kane Conway & Wise. Based in the firm's New Orleans office, Joe has a wide-ranging practice focusing on cases that change lives. His practice consists of representing families affected by IVF clinic malfeasance, representing individuals and institutions that have been harmed by investment banks and brokerage firms, prosecuting ERISA class actions, and representing victims of labor trafficking, unscrupulous drug companies and those who have suffered catastrophic injury.

Joe currently represents many families that have had their dreams of having biological children taken from them due to the carelessness of IVF clinics. He is passionate about this work and understands the devastation that this causes individuals and families, who have lost eggs or embryos due to the malfeasance of these clinics.

In his financial services practice, Joe has represented hundreds of individual retirees against their brokers in FINRA arbitration. The highlights of this practice include representing 32 Exxon retirees in a 90-day FINRA arbitration against Securities America that resulted in a $22 million verdict – one of the largest ever awarded by a FINRA arbitration panel. He has also represented hundreds of Xerox and Kodak retirees against their brokers resulting from the brokers' fraudulent advice to retire and subsequent unsuitable investments. He has represented hundreds of families in cases involving private placements and Ponzi schemes.

His financial services fraud practice included representing approximately 25 municipalities and hospitals around the country in cases involving their issuance of auction rate securit est.

Joe has an active practice representing those who have been harmed by pharmaceutical products. He has represented or currently represents hundreds of clients in cases involving serious injuries sustained by drugs such as Pradaxa, Nuvaring, Invokana, Onglyza, and Essure. He represents approximately 800 clients in cases concerning harm caused by Xarelto.

Finally, Joe represents victims of human trafficking and labor exploitation. In one such case, his clients allege that the defendants have failed to pay overtime, improperly deducted for employee housing, and wrongfully held the plaintiffs' passports while in the United States. He has traveled extensively to the Philippines for this case and another involving a rig explosion.

The co-author of a treatise published by Thompson West, Litigating Business and Commercial Tort Cases, which is updated yearly since 2011. Joe teaches and lectures extensively throughout the country. He created and/or taught law school classes ranging from The Basics of Arbitration and Trial Advocacy, to Storytelling and Advocacy. He has spoken at many national conventions on a variety of topics, including prosecuting large and multi-client claims, brokers' deficient advice to retire, and voir dire and ERISA class actions and FINRA arbitration.

Joe is frequently quoted by national publications regarding FINRA arbitrations and mismanagement of retirement accounts. He has appeared in the USA Today, Wall Street Journal, Associated Press, New York Times, New York Daily News, Los Angeles Times, Business Week, Investment News, Reuters, and many other publications. He also has appeared on CNN.

Joe has received various awards and accolades. He was one of three Louisiana lawyers ranked by Chambers USA for securities litigation in 2011. He was named as one of the fifty Leaders in Law by New Orleans City Business Magazine. In 2014 Joe has been selected by his peers for inclusion in the 21st Edition of The Best Lawyers in America in the practice area of Commercial Litigation.

Joe is a leader of several national bar associations. He twice served as the chairman of the Business Torts Section of the American Association for Justice. He serves on the Board of Directors of PIABA – a nationwide bar association of lawyers who represent individuals and institutions in arbitrations to recover money lost by investment banks and brokerage firms. He was elected President of PIABA and will serve PIABA as its President until October 2015. Joe graduated from Tulane School of Law, cum laude, in 1999. While at Tulane, he served on the Tulane Law Review and was involved with the Tulane Legal Assistance Program. Prior to attending Tulane, he graduated from Bowling Green State University in 1996, with a major in communications. While at Bowling Green, he worked as the General Manager of the campus radio station and City Editor of the daily newspaper.

ATTORNEY PROFILES

# Adam B. Wolf

Partner



Adam Wolf is a Partner in the firm's Los Angeles and San Francisco offices. He handles complex civil lawsuits, litigates constitutional and civil rights claims, and represents clients in appeals. Adam has argued in the United States Supreme Court, in addition to numerous federal and state courts of appeals.

Adam started the firm's embryo-loss practice group. He has litigated and resolved a substantial number of claims by clients who suffered the devastating loss of their embryos and eggs. Adam has represented more than 200 people against their fertility centers.

Serving as class counsel in Nevarez v. Forty Niners Football Company, Adam secured a court-approved settlement that required Levi's Stadium to be accessible to all people with mobility disabilities, in addition to a $24 million damages fund. This is the largest damages settlement in a case alleging discrimination in public accommodations under Titles II and III of the ADA.

Adam graduated, cum laude, from the University of Michigan Law School. He is a graduate, also cum laude, of Amherst College. At Michigan, Adam was the Editor-in-Chief of the Michigan Journal of Race & Law, a member of the Michigan Journal of Law Reform, and a recipient of the Dores McCree Award. Following law school, Adam had the honor of serving as a judicial law clerk to The Honorable Ronald Lee Gilman, on the U.S. Court of Appeals for the Sixth Circuit, and The Honorable Robert J. Timlin, on the U.S. District Court for the Central District of California.

A nationally recognized litigator, Adam has been quoted in hundreds of domestic and international newspapers, including the New York Times, Washington Post, Los Angeles Times, USA Today, and Wall Street Journal. Additionally, he has appeared on numerous television and radio programs, including Good Morning America, CBS Evening News, ABC World News, NBC Nightly News, CNN Headline News, National Public Radio, and the BBC.

Adam lectures around the country regarding constitutional law, civil rights, and the Supreme Court. He has been honored to have received various awards and accolades, including California Lawyer Attorney of the Year and the Mary Beth Tinker Award.

ATTORNEY PROFILES

# Daniel J. Carr

Partner



Daniel Carr is a Partner in the firm practicing out of the New Orleans office. Daniel heads up the firm's Product Liability and Pharmaceutical and Medical Devices practices and has represented thousands of clients from across the United States in cases related to pharmaceutical products and medical devices, including litigations involving Xarelto, Pradaxa, ASR hip implants, TVM, Actos, Invokana, Onglyza, and others.

Daniel also has represented a diverse group of clients in a variety of complex litigation and arbitrations. He has represented institutional issuers of auction-rate securities in federal and state lawsuits and FINRA arbitrations, and he has served as co-counsel on several class action lawsuits, including an ERISA case that resulted in a $75 million settlement for 401(k) plan participants who alleged that a large financial-services firm imprudently invested their retirement money. Daniel also has worked with Adam Wolf to defend individuals and companies involved in the medical marijuana industry against civil RICO actions in Colorado and Massachusetts, and he is currently part of the firm's team working to secure recovery for investors who lost millions of dollars in a failed investment scheme operated out of Portland, Oregon.

Daniel graduated from The University of New Orleans and received his law degree from Tulane School of Law, summa cum laude. While at Tulane, he was Senior Articles Editor for the Tulane Law Review and a fellow in the Legal Analysis Program. Following law school,Daniel had the honor of serving as a law clerk for Judge Jacques L. Wiener, Jr., on the United States Court of Appeals for the Fifth Circuit.

Daniel is a member of several nationwide bar associations, including the Public Investors Arbitration Bar Association and the American Association for Justice, where he has served on the board of directors of the Business Torts Section. Super Lawyers has named Daniel as a Rising Star every year since 2013 in the areas of Products Liability and Business Litigation.

Daniel strives to provide all of his clients with the highest quality of advocacy, no matter how big or small the case, and he works together with the other members of the firm to make sure that each client receives the full benefit of the firm's combined experience and expertise.

ATTORNEY PROFILES

# Jason J. Kane

Partner



Jason J. Kane is a Partner who practices out of the firm's Upstate New York office. He focuses his practice on representing investors in Financial Industry Regulatory Authority (FINRA) arbitrations and in federal and state lawsuits.

Jason graduated from the State University of New York at Geneseo, in 2004, with a B.A. in Economics. Thereafter, Jason attended the Syracuse University College of Law, and received his Juris Doctorate, cum laude, in 2007.

While attending the Syracuse University College of Law, Jason served as a form and accuracy editor for the Syracuse Journal of International Law and Commerce. He also gained valuable experience as a student law clerk for Magistrate Judge George H. Lowe and was a volunteer at the United States Attorney's Office in the Northern District of New York.

Following law school, Jason began his career working in the Legal Department of Wegmans Food Markets, Inc., one of Upstate New York's largest employers. At Wegmans, Jason worked with the finance, real estate and human resources departments, as well as outside counsel.

In 2009, Jason has focused his practice on securities law. Since that time, Jason has represented hundreds of investors in Upstate New York and around the country in some of the highest profile securities cases originating out of Upstate New York. He has recovered millions of dollars in FINRA arbitrations and mediations while representing individuals against their former brokers and brokerage firms. He often assists his victimized clients through the regulatory investigations that resu

ATTORNEY PROFILES

# Kevin P. Conway

Managing Partner



Kevin P. Conway is a Partner at Peiffer Wolf Carr Kane Conway & Wise. Based in the firm's New Orleans office, Kevin has a wide-ranging practice. His practice spans from representing investors who have been harmed by investment banks, financial institutions, and brokerage firms to representing families affected by IVF clinics, injured by pharmaceutical drug manufacturers, and injured by medical device manufacturers.

In his financial services practice, Kevin has represented hundreds of individual investors and retirees against their brokers, agents, and brokerage firms. He has also represented hundreds of retirees against their insurance agents, field marketing organizations, and insurance companies in a complex Ponzi scheme involving multiple third parties and insurance products. Kevin is currently part of the firm's team working to secure recovery for investors who lost millions of dollars in a failed investment scheme operated out of Portland, Oregon.

Kevin has an active practice representing those who have been harmed by pharmaceutical drugs and medical devices. He has represented and currently represents hundreds of clients who have sustained serious injuries from drugs and devices such as Essure, Invokana, Hernia Mesh, and Xarelto.

Kevin is also an integral component of the firm's burgeoning fertility law practice. Currently, he represents families across the country who have been victim to reckless and negligent fertility clinics, fertility medical centers, and fertility doctors. The highlights of this practice include representing hundreds of families who have had their dreams of having biological children taken from them due to the carelessness of IVF clinics in Cleveland, Ohio and San Francisco, California.

Kevin graduated from John Carroll University's Boler School of Business in 2005 and immediately began his career with J. Walter Thompson on the Kimberly-Clark and Target accounts. Thereafter, he attended Loyola University New Orleans and received both his Juris Doctorate from the College of Law and Master of Business Administration from the College of Business in 2010. Additionally, Kevin received his certification in International Law after studying at the University of Vienna and throughout the European Union court system.

While attending Loyola, Kevin served as a Business Development Officer for the Louisiana Economic Development. Here, he worked to draft and pass current Louisiana tax incentive legislation.

Kevin is a member of several national bar associations and has won various awards and accolades. He teaches and lectures extensively, including his current role as an adjunct professor at Loyola University New Orleans in the College of Business. Conway's empathy and passion for helping others have been a key to both his personal and professional success

**ATTORNEY PROFILES**

# Brandon Wise

**Partner**



Brandon Wise joined the firm after managing his own boutique practice that focused on class, collective, and employment matters. Brandon has successfully litigated collective and class action cases in across the country in state and federal courts.

Brandon has led Peiffer Wolf's BIPA practice since its inception, and to date, has been lead counsel on more than 250 BIPA filings. Brandon's BIPA settlements include:

***Alonzo Hayes v. Saddle Creek Corporation***, *Cas No. 3:19-cv-1143-SMY, appointed lead counsel in class action that resolved for $390,000;*

***Andrew Ellis v. Terminal Operations Management, Inc.***, *Case No. 2019-CH0-9407, appointed lead counsel in class action that resolved for $409,000;*

***Belva Joyce Hill v. Valli Produce of Evancston, Inc.***, *Case No. 2019-CH-13196, appointed lead counsel in class action that resolved for $815,000;*

***Ben Redmond v. Keystone Environment Resources, Inc.***, *Case No. 2019-CH-11150, appointed lead counsel in class action that resolved for $79,500;*

***Bret Bray and Jason Houseman v. Hixson Lumber***, *Case No. 2019-L-9, appointed lead counsel in class action that resolved for $84,700;*

***Cassandra Boyle v. Harbor Freight***, *Case No. 3:19-cv-00498-SMY-GCS, appointed lead counsel in class action that resolved for $595,000;*

***Charles Hall v. Pepsi MidAmerica Co.**, Case No. 2018-L-20, appointed lead counsel in class action that resolved for $114,000;*

***Christopher Dixon v. Grunt Style, LLC**, Case No. 2019-CH-01981, appointed lead counsel in class action that resolved for $450,000;*

***Crystal Lee v. Neimann Foods,** Case No. 2019-L-00152, appointed lead counsel in class action that resolved for $4,200,000;*

***Connie Young v. Worldwide Technology**, appointed lead counsel in class action that resolved for over $2,000,000;*

***Charles Hall v. Pepsi Mid America Co.**, Case No. 2018-L-20, appointed lead counsel in class action that resolved for $115,000;*

***David Kirby v. Gurtler Chemicals, Inc.**, Case No. 2019-CH-09395, appointed lead counsel in class action that resolved for $69,000;*

***Emily Reid Farris v. Tutera Group Inc.**, et al, Case No. 2019-CH-42, appointed lead counsel in class action that resolved for $289,800;*

***Gary Bird v. Three Z Printing Co**, Case No. 2020-L-12, appointed lead counsel in class action that resolved for over $700,000;*

***Glen Ralph v. Get Fresh**, Case No. 2019-CH-02324, appointed lead counsel in class action that resolved for $675,000;*

***Isaac Brown v. Trilogy Warehouse,** Case No. 2019-L-0212, appointed lead counsel in class action that resolved for $65,000;*

***Israel James v. Mado Healthcare,** Case No. 2019-CH-06140, appointed lead counsel in class action that resolved for $500,000;*

***Jason Morris v. Imperial Towers Condominium Assn**., appointed lead counsel in class action that resolved for $120,000 (for a class of 60, making this one of the largest per class member BIPA recoveries);*

***Jhamala Thomas v. Kik Custom Products Inc.**, Case No. 2019-CH-02471, appointed lead counsel in class action that resolved for $957,600;*

***John Charles, et al v. Scheels All Sports Inc**., Case No. 2020-L-0180, appointed lead counsel in class action that resolved for $625,000;*

***Joseph Trottier v. Summit Staffing, Inc**., Case No. 2019-CH-02731, appointed lead counsel in class action that resolved for $940,000;*

***Kevin Truss v. Four Seasons Heating and Air Conditioning**, Case No. 2019-CH-09633, appointed lead counsel in class action that resolved for over $700,000;*

***Luanne Moleterno v. Touchpoint Logistics**, Case No. 2020-L-000364, appointed lead counsel in class action that resolved for $48,000;*

***Lucas Boyd v. RREM Inc.,** Case No. 2019-CH-02321, appointed lead counsel in class action that resolved for $196,000;*

***Michael Day v. Southern Illinois Hardware, LLC**, Case No. 3:20-cv-00008-SMY-MAB, appointed lead counsel in class action that resolved for $196,000;*

***Nicole Smith v. D&W Fine Pack, LLC**, Case No. 2021-L-00182, appointed lead counsel in class action that resolved for over $1,000,000;*

***Richard Graf v. Orbit Machining Company,** Case No. 2020-CH-03280, appointed lead counsel in class action that resolved for $59,400;*

***Robert Maricle v AgReliant Genetics**, Case No. 2019-L-000481, appointed lead counsel in class action that resolved for $330,000;*

***Shannon Delgado v. America's Auto Auction**, Case No. 2019-CH-04164, appointed lead counsel in class action that resolved for $796,000;*

***Tanya and Robert Pelka v. Saren Restaurants, Inc.**, Case No. 2019-CH-14664, appointed lead counsel in class action that resolved for $475,000;*

***Ted Harry v. Provider Plus, Inc.**, Case No. 2017-L-0710; appointed lead counsel in class action that resolved for $71,825;*

***Timothy Cravens v. Dematic Corp**, Case No. 1:20-cv-01190-JBM-JEH, appointed lead counsel in class action that resolved for over $1,000,000;*

***Thome v. NovaTime Technology, Inc.** 1:19-cv-06256, appointed co-lead counsel in class action that was resolved for $14,100,000.00;*

***Yeske et al v. Macoupin Energy LLC*** et al, *Case No. 2017-L-24, appointed lead counsel in class action that resolved for $750,000;*

***Yvonne Wilhite v. Sun Basket, Inc.,** Case No. 20-L-0045, appointed lead counsel in class action that resolved for $250,000*

## Brandon has served as class or collective counsel in the following resolved collective and class matters:

***Volz, et al. v. Provider Plus, Inc., et al.**, a Fair Labor Standards Act ("FLSA") collective action involving 45 collective action members. The confidential settlement agreement was approved by Judge Mummert within hours of its submission to the court.*

***Carver, et al. v. Foresight Energy LP, et al.***, *WARN Act litigation brought on behalf of a class of former coal miners. Mr. Wise secured the first reported decision, a significant legal victory, regarding the WARN Act's "natural disaster" exception. 2016 WL 3812376 (Opinion entered July 12, 2016). After the defendants' motion to dismiss was denied, the parties reached a class-wide settlement of $550,000 for a class of 75 employees.*

***Volz v. Tricorp management Company, et al***., *a FLSA collective in class action where Mr. Wise was appointed Class Counsel. The parties reached a $350,000 settlement for bartenders, servers, hosts, and other tipped employees of the largest T.G.I. Friday's franchisee in the Midwest.*

## REPRESENTATIVE CASES

### Peiffer Wolf attorneys were appointed class counsel or serve as counsel in numerous class and collective actions, including:

***Whitley, et al. v. J.P. Morgan Chase & Co.***, *et al., a class action lawsuit on behalf of retirement investors against J.P. Morgan Chase & Co. and various other J.P. Morgan entities over the sale and administration of the JP Morgan Stable Value Fund. Received preliminary approval for a class wide settlement of $75 million.*

***Volz, et al. v. Provider Plus, Inc., et al.,*** *a Fair Labor Standards Act ("FLSA") collective action involving 45 collective action members. The confidential settlement agreement was approved by Judge Mummert.*

***Nevarez v. Forty Niners Football Company***, *a certified class action, on behalf of nearly 5,000 class members with mobility disabilities who were denied equal access to Levi's Stadium in violation of the Americans with Disabilities Act.*

***Baricuarto, et al. v. Industrial Personnell and Management Services, Inc. et al***., *a human trafficking case that required extensive travel and litigation in the Philippines, and resulted in a multi-million dollar settlement.*

***In re Pacific Fertility Center Litigation***, *a putative class action on behalf of nearly 1,000 people whose embryos were compromised in a freezer tank at a fertility center.*

***Amador v. California Culinary Academy,*** *representing a certified class of former students of for-profit school California Culinary Academy regarding class members' student loans.*

***Bilewicz v. FMR LLC***, *a case brought on behalf of current and former employees of Fidelity Investments, alleging that Fidelity violated ERISA by offering exclusively high-fee Fidelity mutual fund products in its retirement plan and by repeatedly adding funds to the plan with little or no track record. Plaintiffs further alleged that the Fidelity plan's fees are very high for a multi- billion-dollar plan, and Fidelity has failed to follow sound fiduciary practices for multi-billion dollar plans. This case was successfully settled, and Peiffer Wolf was approved as co-class counsel in that action.*

***Carver, et al. v. Foresight Energy LP, et al.**, WARN Act litigation brought on behalf of a class of former coal miners. Peiffer Wolf secured the first reported decision, a significant legal victory, regarding the WARN Act's "natural disaster" exception. 2016 WL 3812376 (Opinion entered July 12, 2016). After the defendants' motion to dismiss was denied, the parties reached a proposed class-wide settlement of $550,000 for a class of 75 employees.*

***Volz v. Tricorp management Company, et al.**, a FLSA collective in class action where PRW Legal attorney was appointed class counsel. Settled for $350,000, for bartenders, servers, hosts, and other tipped employees of the largest T.G.I. Friday's franchisee in the Midwest.*

***Hanson v. Berthel Fisher & Company Financial Services, Inc., et al.**, a securities class action filed on behalf of investors in a real estate investment program that raised approximately $26 million from the investing public. Claims were predicated upon the role played by Berthel Fisher, the managing broker-dealer of the program that allegedly organized and oversaw the securities offering by the Program while aware of misrepresentations and omissions in the Program's offering documents.*

***Booth et al. v. Strategic Realty Trust, Inc., et al.,** a securities class action where plaintiffs contended that throughout the offering period, the Strategic Realty Trust offering materials contained materially inaccurate and incomplete statements about the company's investment strategy, internal controls, and governance mechanisms. Plaintiffs alleged that their investments lost value as a result of defendants' acts and omissions.*

***Thieriot v. Celtic Ins. Co.**, a certified class action where settlement was approved on behalf of a class of people who were overcharged by a health insurer in violation of state law.*

## Peiffer Wolf currently serves as counsel for plaintiffs in numerous other class and mass actions, including:

***In re: FedLoan Student Loan Servicing Litigation**, 2:18-md-02883 (E.D. Penn.) consolidated multi-district litigation involving one of the nation's largest student loan servicers. Attorney Brandon Wise was appointed to the Plaintiffs' Executive Committee.*

***In re: Dicamba Herbicides Litigation**, 1:18-md-02820-SNLJ (E.D. Mo), consolidated multi-district litigation involving the alleged unlawful release of a genetically modified seed and herbicide system.*

***Albers, et al. v. Delloite & Touche LLP, et al.**, a mass securities action where Peiffer Wolf represents over 100 investors with claims exceeding $100 million in action alleging violations of state securities laws.*

***Yao-Yi Liu et al. v. Wilmington Trust Company,** a class action lawsuit on behalf of investors of a fraudulent scheme against Wilmington Trust alleging that Wilmington Trust breached its duties as an escrow agent and aided the perpetrators of the scheme.*

***In re Platinum and Palladium Antitrust Litigation,** a case involving claims against BASF Metals, Goldman Sachs, HSBC, and Standard Bank. Plaintiffs allege that Defendants were involved in an unlawful price-setting process of platinum and palladium in violation of the Sherman Act.*

***Fouts v. Bank of Nova Scotia, New York Agency et al.,*** *a class action filed on behalf of holders of debt with interest rates linked to the US Treasuries auction rates, alleging violations of the federal antitrust and commodities laws arising from manipulation of the prices of Treasury securities and related financial instruments through collusion by the primary dealers of U.S. Treasury Department securities.*

***In re Fidelity ERISA Float Litigation,*** *a case involving claims brought by participants in various ERISA plans administered by Fidelity, on behalf of those plans, alleging that Fidelity violated ERISA by improperly using "float" income received as interest on plan assets to pay itself fees and failing to crediting the amount of that float income to the plans or their participants.*

***American Chemicals & Equipment Inc. 401(K) Retirement Plan v. Principal Management Corporation, et al.****, a case involving claims brought by ACE 401(k) Plan, on behalf of the shareholders of six mutual funds, against the investment advisors for those funds. Plaintiff alleges that the defendants breached their statutory fiduciary duty under Section 36(b) of the Investment Company Act of 1940 ("ICA"), 15 U.S.C. § 80a-35(b), by charging unfair and excessive fees for their advisory services and retaining excess profits derived from economies of scale.*

***Jennifer Roth v. Life Time Fitness, Inc.****, a class action lawsuit filed on behalf of fitness instructors seeking unpaid wages for work that was required by Defendants. Plaintiff alleges that fitness instructors were not compensated for the work they performed before and after fitness classes.*

***Carol Prock v. Thompson National Properties, LLC, et al.****, a securities class action filed on behalf of investors in the TNP 6700 Santa Monica Boulevard, a real estate investment program that raised approximately $17 million from the investing public. Claims are predicated upon alleged material misrepresentations and omissions in the program's offering documents by its sponsor and officers and directors of the sponsor.*

***In re Dental Supplies Antitrust Litigation,*** *a class action lawsuit filed on behalf of dental practices, orthodontic practices, and dental laboratories alleging that the country's three largest distributors of dental supplies and equipment agreed not to compete on price and caused injury to plaintiffs in the form of artificially inflated prices.*

***Matthew Fero et al. v. Excellus Health Plan Inc****., a class action lawsuit filed on behalf of plaintiffs whose personal information was compromised as a result of a data breach that is alleged to have gone undetected for a 600-day period.*

PEIFFER WOLF
CARR KANE CONWAY & WISE

**We handles cases that *change lives***

www.peifferwolf.com

# EXHIBIT 2

# ALMEIDA LAW GROUP

The Almeida Law Group LLC is a class action litigation boutique committed to advocating for individuals, families and small businesses who have suffered because of corporate malfeasance. We are accomplished, experienced and credentialed class action practitioners. We represent our clients in consumer protection, false labeling and unfair and deceptive practices cases as well as data privacy, technology and security matters. Specific examples of data privacy related work include data breaches, pixel tracking and claims under various consumer protection and privacy-related statutes such as the Electronic Communications Privacy Act ("ECPA"), the California Medical Information Act ("CMIA"), the Illinois Biometric Information and Privacy Act ("BIPA"), the Video Privacy Protection Act ("VPPA") and the Telephone Consumer Protection Act ("TCPA").

Our attorneys graduated from some of the most esteemed law schools in the country including Columbia, Cornell, Georgetown, Harvard and the University of Chicago. Excelling at each of these prestigious schools, our attorneys received top honors, contributed to law journals and completed numerous externships. Our attorneys have also completed highly selective public interest fellowships, federal clerkships in the Northern District of Illinois, Eastern District of Pennsylvania and the District of South Carolina as well as internships at the United States Attorney's Offices in Atlanta and Baltimore.

With those very strong foundations in place, our attorneys gained invaluable experience and honed their litigation skills by working at some of the best law firms in the world including:

- Benesch, Friedlander, Coplan & Aronoff LLP
- Covington & Burling LLP
- Faegre Drinker Biddle & Reath LLP
- Jenner & Block LLP
- K&L Gates LLP

- Kilpatrick Townsend & Stockton LLP
- Kirkland and Ellis LLP
- Milbank LLP
- Quinn Emanuel Urquhart & Sullivan LLP
- Ropes & Gray LLP
- Sheppard Mullin Richter & Hampton LLP
- Steptoe & Johnson LLP
- Stroock & Stroock & Lavan LLP
- Venable LLP

These decades of experience on the defense side set us apart from many plaintiffs' firms; we are acutely aware of how companies will respond in our cases because we represented the exact same types of companies for years. Coupled with our education and training, this insider knowledge equips us to strategically utilize our experience for our clients' benefit.

Our practice is truly national as we represent clients in class action litigation in federal and state courts throughout the country. Our attorneys are licensed to practice in California, Florida, Georgia, Illinois, New York, Maryland, Massachusetts, North Carolina, South Carolina, Washington, D.C., and Wisconsin. In short, our Firm is composed of a dedicated team of legal professionals with the knowledge, experience and unwavering commitment to obtain the best possible legal results for our clients.

## PIXEL TRACKING CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *John v. Froedtert Health, Inc.*, 23-CV-1935 (Wis. Cir. Ct.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *In re Advocate Aurora Health Pixel Litigation*, 2:22-cv-01253 (E.D. Wis.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Guenther v. Rogers Behavioral Health System, Inc.*, 2023CV001572 (Wis. Cir. Ct.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Doe v. Workit Health Inc.*, 2:23-cv-11691 (E.D. Mich.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Reedy v. Everlywell, Inc.*, 1:24-cv-02713 (N.D. Ill.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Vriezen v. Group Health Plan, Inc.*, 23-cv-00267 (D. Minn.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *B.W. v. San Diego Fertility Center Medical Group, Inc.*, 37-2024- 00006118-CU-BC-CTL (Cal. Super. Ct., Solano Cnty.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Kane v. University of Rochester Medical Center*, 6:23-cv-06027 (W.D.N.Y.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Smith v. Loyola University Medical Center*, 1:23-cv-15828 (N.D. Ill.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Marden v. LifeMD Inc.*, A-24-906800-C (Nev. Dist. Ct., Clark Cnty.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Isaac v. Northbay Healthcare Corp.*, FCS059353 (L.A. Sup. Ct.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Cooper v. Mount Sinai Health System Inc.*, 1:23-cv-09485 (S.D.N.Y.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Mrozinski v. Aspirus, Inc.*, 2023CV000170 (Wisc. Cir. Ct., Marathon Cnty.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Kaplan v. Northwell Health*, 2:23-cv-07205 (E.D.N.Y.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Singh v. The Moses H. Cone Memorial Hospital Operating Corporation*, 1:24-cv-00558 (M.D.N.C.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Strong v. LifeStance Health Group Inc.*, 2:23-cv-00682 (D. Ariz.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Mayer v. Midwest Physicians Administrative Services LLC*, 1:23-cv-03132 (N.D. Ill.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *McCulley v. Banner Health*, 2:23-cv-00985 (D. Ariz.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Doe v. ProHealth Care*, 2:23-cv-00296 (E.D. Wis.)
- *Heard v. Torrance Memorial Medical Center*, 22STCV36178 (L.A. Sup. Ct.)
- *Doe v. Adventist Health Care Network, Inc.*, 22ST-cv-36304 (L.A. Sup. Ct.)
- *R.C. v. Walgreens Co.*, 5:23-cv-01933 (C.D. Cal.)
- *Doe v. Wellstar Health System, Inc.*, 1:24-cv-01748 (N.D. Ga.)
- *Pattison v. Teladoc Health, Inc.*, 7:23-cv-11305-NSR (S.D.N.Y.)
- *R.C. v. Walmart Inc.*, 5:24-cv-02003 (C.D. Cal.)
- *Vriezen v. Infinite Health Collaborative*, 0:24-cv-03743 (D. Minn.)

- *J. R. v. Atrium Health, Inc.*, 25-CV-057073-590 (Sup. Ct. of North Carolina, Mecklenburg Co.)
- *In re CityMD Data Privacy Litigation*, 2:24-cv-06972 (D.N.J.)
- *Hastings v. Inkitt, Inc.*, 3:25-cv-06442 (N.D. Cal.)
- *Ramirez v. Everyday Health Inc.*, 2:25-cv-10137 (C.D. Cal.)
- *Ward et al. v. Sagent Treatment, LLC*., 0:25-cv-04167 (Dist. of MN)
- *Brenneise v. Aios Inc. et al*., 3:25-cv-09779 (N.D. Cal.)
- *Hickey v. FuturHealth, Inc.,* 3:25-cv-03051 (S.D. Cal.)
- *Abdullah v. Insight Therapy Solutions, LLC.,* 2:26-cv-00487 (D.N.V.)
- *Franck v. Marshfield Clinic, Inc*., 3:26-cv-00125 (W.D.W.I.)
- *Fenton et al v. The Bird and Be Co., Inc*., 2:26-cv-01775 (C.D. Cal.)
- *Zeller v. Inspire Medical Systems, Inc*., 0:26-cv-00895 (D. Minn.)
- *Lents v. Innovative Platinum Care, S.C.,* 1:26-cv-01764 (N.D. Ill.)
- *Jacobson v. Willow Health Services, Inc*., 2:26-cv-01552 (C.D. Cal.)
- *Avots-Smith v. Thrive Health Group, Inc*., 8:26-cv-00041 (C.D. Cal.)
- *Ward v. Mochi Health Corp*., 3:26-cv-01393 (N.D. Cal.)
- *E.P. et al v. Medvi, LLC*, 2:26-cv-03796 (C.D. Cal.)
- *Doe et al v. Experity, Inc. d/b/a Clockwise MD et al*, 3:26-cv-02667 (N.D. Cal.)
- *Cameron Decker v. Monkey Taps, LLC*, 2:26-cv-04058 (C.D. Cal.)
- *Nigro et al v. Sleepcare LLC*, 2:26-cv-01309 (E.D. Cal.)

## DATA PRIVACY CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Christy v. Lenovo*, 3:26-cv-01133 (N.D. Cal.) (counsel in bulk data transfer rule case)
- *Reyes et al v. AliExpress International (United States) Corporation,* 5:26-cv-00905 (C.D. Cal.) (counsel in bulk data transfer rule case)
- *Malko v. GNC Holdings, LLC*., 2:26-cv-01833 (C.D. Cal.) (counsel in bulk data transfer rule case)
- *Gianne v. TP-Link Systems, Inc*., 2:26-cv-01818 (C.D. Cal.) (co-counsel in bulk data transfer rule case)
- *Reisberg v. Renaissance Learning, Inc*., 8:25-cv-01379 (C.D. Cal.) (co-counsel in education technology consumer protection case)
- *Hsu et al v. Fantasia Trading LLC*, 3:26-cv-01874 (N.D. Cal.)

## DATA BREACH CASES IN WHICH OUR FIRM IS INVOLVED

- *In re Practice Resources, LLC Data Security Breach Litigation*, 6:22-cv-00890 (N.D.N.Y.) (co-lead counsel in consolidated data privacy class action, settled on a class-wide basis)
- *Spann v. Superior Air-Ground Ambulance Service, Inc.*, 1:24-cv-04704 (N.D. Ill.) (co-lead counsel in operative data breach class action, settled on a class-wide basis)
- *Tambroni v. WellNow Urgent Care, P.C.*, 2025LA000013 (Ill. Cir. Ct., Sangamon Cnty.) (co-lead counsel in data breach class action, settled on a class-wide basis)
- *Gorder v. FCDG Management LLC d/b/a First Choice Dental*, 2024-CV-002164 (Wis. Cir. Ct., Dane Cnty.) (co-lead counsel in data breach class action, settled on a class-wide basis)
- *In re City of Hope Data Security Breach Litigation,* 24STCV09935 (L.A. Sup. Ct.) (counsel in consolidated data breach class action, settled on a class-wide basis)
- *Douglas v. Purfoods, LLC*, 4:23-cv-00332 (S.D. Iowa) (counsel in consolidated data breach class action, settled on a class-wide basis)
- *Catanach v. Bold Quail Holdings, LLC*, 24STCV32029 (L.A. Sup. Ct.)
- *Hulse v. Acadian Ambulance Services, Inc.*, 6:24-cv-01011 (W.D. La.) (appointed to executive committee in consolidated data breach class action)
- *Bardwell v. Mt. Baker Imaging, LLC*, No. 25-2-00463037 (Whatcom Cnty. Sup. Ct., Wash. Mar. 6, 2025) (co-lead counsel in a data breach class action)
- *Dixon v. Medical Express Ambulance Service, Inc.*, No. 2025CH04441 (Cook Cnty. Cir. Ct., Ill. Apr. 21, 2025) (co-lead counsel in a data breach class action)
- *Nadeau v. Onsite Mammography, LLC*, No. 3:25-cv-11123 (W.D. Mass. Apr. 25, 2025) (interim co-lead counsel in a data breach class action)
- *John v. Laboratory Serv. Coop.*, 2:25-cv-00731 (W.D. Wash. Apr. 22, 2025)
- *Neu v. Coinbase Global, Inc.*, 3:25-cv-04243 (N.D. Cal. Apr. 16, 2025)
- *Blount v. Oracle Health, Inc.*, 4:25-cv-00259 (W.D. Mo. Apr. 11, 2025) (appointed to executive committee in consolidated data breach class action)
- *Ansley v. Concord Orthopaedics Prof. Ass'n*, 217-2025-CV-00305 (Merrimack Cnty. Sup. Ct., N.H. Apr. 4, 2025)
- *Fitzsimons v. Long Island Plastic Surgical Group, PC*, 2:25-cv-00309 (E.D.N.Y.)
- *Montenegro v. American Neighborhood Mortgage Acceptance Company d/b/a AnnieMac Home Mortgage*, 1:24-cv-10679 (D.N.J.)
- *McHugh v. Enzo Biochem, Inc.*, 2:23-cv-04326 (E.D.N.Y.)

- *Meyers v. Onix Groups LLC*, 2:23-cv-0228 (E.D. Pa.)
- *Kolstedt v. TMX Finance Corporate Services, Inc.*, 4:23-cv-00076 (S.D. Ga.)
- *Rasmussen v. Uintah Basin Healthcare*, 2:23-cv-00322 (D. Utah)
- *Williams v. Southwell Inc. & Tift Regional Health Systems Inc.*, 2023CV0328 (Ga. Super. Ct., Tift Cnty.)
- *Stewart v. Highlands Oncology Group, P.A.*, 72CV-25-3492 (Washington Cnty. Ak. Cir. Ct.)
- *Gannon v. FinWise Bank*, 2:25-cv-00654 (D. Utah)
- *Vargas v. Tea Dating Advice, Inc.*, 3:25-cv-06691 (N.D. Cal.)
- *Connly v. NASCAR Enterprises*, 6:25-cv-01547 (M.D. Fla.) (counsel in a data breach class action)
- *Hall v. Bitcoin Depot, Inc.*, 1:25-cv-04317 (N.D. Ga.) (counsel in a data breach class action)
- *Shutley v. Harbin Clinic, LLC*, 4:25-cv-00175 (N.D. Ga.)
- *Beck v. Mainline Health Systems Inc.*, 4:25-cv-00659 (E.D. Ark.)
- *Liebhold v. Ambra Health and Intelerad, Inc.*, 5:25-cv-00432 (E.D.N.C.)
- *Barnes v. Ocuco Inc.*, 8:25-cv-01579 (M.D. Fla.)
- *Polak v. Finastra Technology, Inc.*, 6:25-cv-01284 (M.D. Fla.)
- *Shah v. Discord, Inc.,* 3:25-cv-08913 (N.D. Cal.)
- *Fernandes v. Appfolio, Inc*., 2:25-cv-10217 (C.D. Cal.)
- *Middleton v. Manpower of Lansing, Michigan, Inc.,* 1:25-cv-00972 (W.D. M.I.)
- *Fink v. Union Home Mortgage Corporation,* 1:25-cv-02082 (N.D.O.H.)
- *Johnson v. Insight Chicago, Inc.,* 2025CV12547 (Cook Cnty. Cir. Ct., Ill.)
- *Knutson v. Rainier CRC, LLC,* 26-2-07117-9 SEA (Kings County Sup. Ct. of WA)
- *Alvarez v. Openloop Health, Inc.,* 4:26-cv-00083 (S.D.I.O.)
- *Gutierrez-Clarke v. Call-on-Doc Inc.,* 3:26-cv-00235 (N.D.T.X.)
- *Rogers v. Associated Radiologists of the Finger Lakes,* 2026-5111 (Chemung Co. Sup. Ct., New York)
- *O'Leary v. Posillico, Inc.,* 2:26-cv-00242 (E.D.N.Y.)
- *Blankenship v. Abri Credit Union,* 2026LA000035 (Will Co. Cir. Ct. of IL)
- *Kelso v. Nephrology Associates Medical Group, Inc.,* CVRI260168 (Superior Court of California, County of Riverside)
- *Hudson v. Southwire Company, LLC,* SUCV2026000347 (Superior Court of Georgia, Carroll County)

- *Place v. Finance of America Companies, Inc.*, 4:26-cv-00305 (E.D. Tex.)
- *Renaud v. Gastroenterology and Hepatology of Central New York, P.C.,* 004175/2026 (Supreme Court of New York, Onondaga County)
- *Tagle v. Frost Bank,* 2026CI09121 (District Court of Bexar County, Texas)
- *Murchison v. Rheem Manufacturing Company,* 2:26-cv-02061 (W.D. Ark.)
- *Wedge v. Conifer Revenue Cycle Solutions LLC*, 3:26-cv-01332 (N.D. Tex.)

## VIDEO PRIVACY PROTECTION ACT CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Edwards v. Mubi Inc.*, 5:24-cv-00638 (N.D. Cal.)
- *John v. Delta Defense LLC & U.S. Concealed Carry Association Inc.*, 2:23-cv-01253 (E.D. Wisc.)
- *Macalpine v. Onnit, Inc.*, 1:24-cv-00933 (W.D. Tex.)
- *Marteney v. ANM Media, LLP, Inc. d/b/a MY-CPE*, 4:24-cv-04511 (S.D. Tex.)
- *Jones v. Becker Professional Development Corporation*, 6:24-cv-06643 (W.D.N.Y.)

## CONSUMER PROTECTION CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Levy v. Hu Products LLC*, 23-cv-01381 (S.D.N.Y.) (co-counsel in false labeling class action alleging defendant did not disclose the presence of lead in chocolate)
- *In re Trader Joe's Company*, 3:23-cv-00061 (S.D. Cal.) (co-counsel in false labeling class action alleging defendant did not disclose the presence of lead in chocolate)
- *Haymount Urgent Care PC v. Gofund Advance LLC*, 1:22-cv-01245 (S.D.N.Y.) (co-counsel in lawsuit alleging merchant cash advances were usurious loans)
- *Cliburn v. One Source Market, LLC, d/b/a HexClad Cookware*, 23-ST-cv-28930 (Cal. Sup. Ct.) (counsel in false labeling class action, settled on a class-wide basis, final approval pending)
- *Fleetwood Services LLC v. Complete Business Solutions Group Inc.*, 2:18-cv-00268 (E.D. Pa.) (co-counsel in class action alleging merchant cash advances were usurious loans)
- *Kyungo v. Saks & Company, LLC*, 3:24-cv-06934 (N.D. Cal.) (counsel in false advertising class action)
- *Oganesyan v. Rakuten USA*, 4:25-cv-01534 (N.D. Cal.) (counsel in consolidated false advertising class action)

- *Chowning vs. Tyler Technologies, Inc.*, 3:25-cv-04009 (N.D. Cal.) (counsel in junk fees class action)
- *Beyer v. Kenvue Brands LLC*, 2:25-cv-12180 (D.N.J.) (counsel in false advertising class action)
- *Wood v. Niswi, LLC*, 4:25-cv-00046 (W.D. Ky.) (counsel in usury class action)
- *Head v. Underdog Sports, LLC d/b/a Underdog Fantasy*, 4:25-cv-05542 (N.D. Cal.) (counsel in illegal online gambling class action)
- *Foldi v. Instagram, LLC*, 3:25-cv-06859 (N.D. Cal.) (counsel in data privacy consumer protection case)
- *Rachmani v. Epic Games, Inc.,* 609468/2025; (NY State Sup. Ct. Nassau County)
- *Wood v. Wakpamni Lake Community*, 4:25-cv-00117 (W.D.Ky.)
- *Yee v. KalshiEx LLC et al,* 1:25-cv-08585 (S.D.N.Y.)
- *Brewer v. Otter.ai Inc.,* 5:25-cv-06911 (N.D.Cal.)
- *Lee v. SidePrize LLC,* 3:25-cv-08532 (N.D.Cal.)
- *Travelers United, Inc. v. Aramark Management Services Limited Partnership d/b/a Aramark Sports & Entertainment and d/b/a Aramark et al*., 2025-CAB-007444 (D.C. Superior Ct.)
- *Montgomery v. HRB Tax Group, Inc. et al*, 3:26-cv-00759 (S.D. Cal.)
- *Wise v. Reservation Affiliates, LLC d/b/a Nu Car Rentals and Action Car Rentals,* LLC., 2026-CA-001754-O (Ninth Circuit Ct. of Orange Co., Fl.)
- *Wood v. Plain Green, LLC et al,* 4:26-cv-50 (W.D.K.Y.)
- *Wood v. Bluechip Financial et al*, 4:26-cv-00003 (W.D.K.Y.)
- *Wood v. Crane Lending, LLC*, 4:25-cv-00122 (W.D.K.Y.)
- *Travelers United, Inc., v. Aramark Management Services Limited Partnership d/b/a Aramark Sports & Entertainment and d/b/a Aramark, and Does 1-10,* 2025-CAB-007444 (Sup. Ct. of Columbia)
- *Keohohou et al v. North American Derivatives Exchange, Inc. et al*, 1:26-cv-20996 (S.D.F.L.)
- *Yoon v. Blockratize, Inc. d/b/a Polymarket et al*, 1:26-cv-01160 (S.D.N.Y.)
- *Wood v. Robinson Economic Services, LLC et al*, 4:25-cv-00166 (W.D.K.Y.)
- *Johnston et al v. Costco Wholesale Corporation et al*, 3:26-cv-00403 (S.D. Cal.)
- *Boucher v. Bjorn Capital Group LLC d/b/a The Pod Company*, 5:26-cv-00860 (C.D. Cal.)
- *Cooper et al v. Hume Health*, 8:26-cv-00345 (C.D. Cal.)
- *Wise v. Reservation Affiliates d/b/a Nu Car Rentals et al,* 2026-CA-001754-O (Ninth Circuit Court of Orange Co., FL)
- *Montgomery v. HRB Tax Group, Inc. et al,* 3:26-cv-00759 (S.D. Cal.)

- *Wood v. Green Arrow Solutions,* 4:26-cv-00147 (W.D. K.Y.)
- *Bostick v. Intuit, Inc. et al,* 3:26-cv-01444 (S.D. Cal.)
- *Rustle Laich v. Cove Surf Company, Inc.,* 8:26-cv-00789 (C.D. Cal.)
- *McKaughan v. StockstoTrade.com, Inc.,* 2:26-cv-01473 (E.D. Cal.)

## BIOMETRIC AND GENETIC CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Aragon v. Weil Foot & Ankle Institute, LLC*, 2021-CH-01437 (Ill. Cir. Ct. Cook Cnty.) (co-lead counsel in BIPA class action, settled on a class-wide basis)
- *Bore v. Ohare Towing Systems Inc*., 2020-CH-02865 (Ill. Cir. Ct. Cook Cnty.) (co-lead counsel in BIPA class action, final approval granted)
- *Daichendt v. CVS Pharmacy, Inc.*, 1:22-cv-03318 (N.D. Ill.) (co-counsel in BIPA class action)
- *Vargas v. Cermak Fresh Market Inc.*, 2020-CH-06763 (Ill. Cir. Ct. Cook Cnty.) (co-counsel in BIPA class action)
- *Karling v. Samsara Inc.*, 1:22-cv-00295 (N.D. Ill.) (co-counsel in BIPA class action)
- *Stegmeyer v. ABM Industries Inc.*, 1:24-cv-00394 (N.D. Ill.) (co-lead counsel in biometric class action)
- *Jenkins v. Regal Cinemas, Inc.*, 1:20-cv-03782 (N.D. Ill.)

## OUR TEAM

**David S. Almeida** is the Founder and Managing Partner of the Almeida Law Group LLC, headquartered in Chicago, Illinois. David co-chairs the firm's Data Privacy and Security group, devoted to providing legal advice and services related to cybersecurity threats, data breaches, and other privacy violations.

Bringing a distinctive and highly seasoned perspective, he specializes in representing consumers in class action lawsuits. Notably, a significant portion of his career has been devoted to serving as a class action defense lawyer, representing hospital systems, medical providers, retail and hospitality companies, and various consumer-facing entities in class action lawsuits related to privacy. Before establishing ALG, David was a Partner at Benesch, Friedlander, Coplan and Aronoff LLP; while there, David founded and chaired the Class Action Practice Group and led the Firm's Telephone Consumer Protection Act Team and its Retail, Hospitality and Consumer Products Practice Group.

A 1999 graduate of Cornell Law School, David has practiced law at prestigious firms in New York City and Chicago. David is admitted to the bars of New York, Illinois, Arizona and Wisconsin, as well as several federal courts, including the United States District Court for the Northern District of Illinois.

David's extensive experience spans over 500 class action lawsuits across the country. These cases encompass issues such as data breaches and privacy violations, state consumer fraud and deceptive business practices, false advertising and false labeling, as well as numerous statutory violations including the Telephone Consumer Protection Act, the Fair Credit Reporting Act, the Illinois Biometric Information and Privacy Act ("BIPA"), the Video Privacy Protection Act ("VPPA"), the Electronics Communication Privacy Act, 18 U.S.C. § 2511(1) ("ECPA"), the California Confidentiality of Medical Information Act, Cal. Civ. Code § 56 ("CMIA"), the California Invasion of Privacy Act, Cal. Penal Code § 630 ("CIPA"), the California Consumers Legal Remedies Act, Cal. Civ. Code § 1750 ("CLRA"), the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 ("UCL").

As a recognized authority in the field, David is well-versed in data privacy and security issues, direct and mobile marketing, emerging payment systems, as well as social and digital media matters. He is an author and speaker on these topics and is sought after by local and national publications for his insights. David has received multiple listings as an Illinois Super Lawyer and has been acknowledged as a "Rising Star" by the National Law

Journal. He earned his Bachelor of Arts from Salisbury University, graduating *summa cum laude*, and obtained his Juris Doctor from Cornell Law School, where he served as an Editor of the Cornell Law Review.

---

**Elena A. Belov** is a Partner and Co-Chair of the Data Security and Privacy group at the Almeida Law Group. An adept litigator, Elena began her career at Milbank LLP, a renowned international law firm. While there, she developed her skills in navigating complex commercial litigations and actively engaged in *pro bono* work focused on civil rights.

Motivated by a belief in justice for all, Elena devoted more than a decade of her practice to environmental work and public service before redirecting her passion toward advocating for wronged plaintiffs. She had the privilege of clerking for Judge Cynthia M. Rufe in the U.S. District Court for the Eastern District of Pennsylvania, gaining firsthand insights into the intricacies of the federal judicial system. Elena also contributed to the field by teaching and practicing environmental law on behalf of pro bono clients at the University of Washington School of Law. And while working for the World Wildlife Fund, she supported Native Alaskan Tribes as well as State and Federal officials, including the U.S. Coast Guard, in their endeavors to safeguard Arctic ecosystems. Elena has collaborated with a diverse clientele, ranging from major banks and insurance companies to non-governmental organizations and individuals from various walks of life.

Elena investigates consumer rights violations and takes pride in combating companies that exploit individuals, whether through deceptive advertising, selling defective products, or neglecting user privacy. Elena graduated with honors from Barnard College in New York, earning a B.A. in Political Science, and received her Juris Doctor from the Georgetown University Law Center. During law school, she served as a member of the American Criminal Law Review, authoring several published articles, and worked in the Environmental Law Clinic, successfully representing the Mattaponi Tribe of Virginia in their fight to protect their water rights.

Elena is admitted to the New York State Bar, as well as the United States District Courts for the Southern and Eastern Districts of New York.

---

**Wesley M. Griffith** is a Partner and the California Managing Partner at Almeida Law Group.

Wes is an accomplished litigator. Like many attorneys at the firm, Wes developed extensive experience as a defense attorney, spending a decade at two of the nation's top defense firms, where he represented some of the world's largest companies in class actions and complex litigation. Wes now leverages his big law experience to advocate vigorously for everyday Americans in trial and appellate courts across the country.

Wes's practice focuses primarily on consumer class actions, including junk fees, false and deceptive advertising, forever chemical contamination, and complex commercial disputes. He has represented clients in significant actions across the country, including before the United States Supreme Court and in multidistrict litigation.

Several of Wes's current notable class cases where he serves in a lead role include:

- *Rahmani v. Thrillzz, Inc.*, Case No. 25-cv-2548 (S.D. Cal 2025)
- *Giana v. Shein Distribution Corp.*, Case No. 25-cv-08637 (C.D. Cal 2025)
- *Beltran v. FanDuel, Inc.*, Case No. 25-cv-05586 (N.D. Cal. 2025)
- *Head v. Underdog Sports, LLC*, Case No. 25-cv-05542 (N.D. Cal. 2025)
- *Franks v. SidePrize LLC*, Case No. 25-cv-04916 (N.D. Cal. 2025)
- *Zhen v. DraftKings, Inc.*, Case No. 25-cv-04618 (N.D. Cal. 2025)
- *Chowning v. Tyler Technologies, Inc.*, Case No. 25-cv-04009 (N.D. Cal. 2025)
- *Wu v. Greystar Real Estate Partners, LLC*, Case No. 25-cv-01090 (S.D. Cal. 2025)

Wes's prior class action experience includes serving in key roles on both the defense (noted with an "*") and plaintiff sides, including in:

- *Coinbase, Inc. v. Bielski*, Case No. 22-105 (U.S. 2023)
- *Bielski v. Coinbase, Inc.*, Case No. 22-15566 (9th Cir. 2023)
- *Travelers United, Inc. v. Sonesta International Hotels Corp.*, Case No. 1:23-cv-02841 (D.C. Sup. 2024)
- *Ramirez v. Bank of Am., N.A.*, Case No. 24-cv-00859 (N.D. Cal. 2024)
- *JPay LLC v. Houston*, Case No. 23-cv-1875-S (N.D. Tex. 2023)
- *Oliver v. Navy Fed. Credit Union*, Case No. 23-CV-1731 (E.D. Va. 2023)
- *Pizana v. SanMedica Int'l, LLC*, Case No. 18-cv-00644 (E.D. Cal. 2023)
- *Beaver v. Tarsadia Hotels*, Case No. Case No. 11-cv-01842 (S.D. Cal. 2017)*
- *Weller v. HSBC Fin. Corp.*, Case No. 13-cv-00185 (D. Colo. 2015)*
- *West v. HSBC Mortgage Corp.*, Case No. 12-CP-00687 (S.C. Ct. Com. Pls. 2015)
- *In re HSBC Bank, USA, N.A., Debit Card Overdraft Fee Litig.*, Case No.

650562/2011 (N.Y. Sup. Ct. 2015)

- *Vasquez v. California School of Culinary Arts, Inc.*, Case No. B250600 (Cal. App. 2d Dist. 2014)
- *Diaz v. HSBC USA,* N.A., Case No. 16-cv-60119 (S.D. FL. 2014)
- *In re HSBS Mortg. Corp. Force-Placed Hazard Ins. Litig.*, MDL No. 2464 (J.P.M.L. 2013)
- *Davis v. Chase Bank USA, N.A.*, Case No. 06-cv-4804 (C.D. Cal. 2013)

---

**Britany A. Wessan** is a Partner and Co-Chair of the Data Security and Privacy group at the Almeida Law Group.

A skilled trial lawyer and litigator, Britany began her career as a litigation associate at Kirkland & Ellis LLP in its Chicago office, where she gained experience as a defense attorney. While at Kirkland, Britany actively participated in two federal bellwether jury trials, contributing to the largest multidistrict litigation in U.S. history.

Britany had the privilege of clerking for Judge Sunil R. Harjani in the U.S. District Court for the Northern District of Illinois and externing for Judge Andrew G. Schopler in the U.S. District Court for the Southern District of California. Through these roles, Britany acquired comprehensive insights into the intricacies of federal litigation, spanning from the filing of a complaint through trial and post-trial motions.

Specializing in consumer class action lawsuits, Britany's practice focuses on privacy and false labeling cases, along with complex commercial disputes. She has represented clients in federal court, multidistrict litigation, and class action lawsuits involving defective products, consumer fraud, toxic tort, environmental cases, information privacy, insurance, and contract disputes.

Britany has been appointed class counsel in the following cases: *Tambroni v. WellNow Urgent Care, P.C.*, No. 2025LA000013 (Ill. Cir. Ct. Sangamon Cnty.) (representing class of approximately 597,000 individuals in healthcare data breach); *Cooper v. Mount Sinai Health Sys., Inc.*, No. 1:23-cv-09485 (S.D.N.Y.) (representing class of approximately 1,314,147 individuals in $5,256,588.00 settlement of hospital tracking case); *Mayer v. Midwest Physician Admin. Servs., LLC*, No. 1:23-cv-03132 (N.D. Ill.) (representing class of approximately 272,373 individuals in $1,880,000.00 settlement of hospital tracking case); *John v. Delta Defense LLC*, No. 2:23-cv-01253 (E.D. Wis.) (representing class of approximately 295,727 individuals in $1,450,000.00 settlement in video privacy case).

Committed to public service and advocating for all individuals, Britany has maintained an active pro bono practice focusing on civil rights, supporting civil liberty organizations in research and litigation efforts. During law school, she volunteered at the Legal Aid Society of San Diego's Domestic Violence Clinic, and prior to entering law school, Britany taught middle school social studies in Phoenix, Arizona.

Britany is admitted to the Illinois State Bar as well as the U.S. District Court for the Northern District of Illinois. She graduated *magna cum laude* from Loyola University Chicago with a Bachelor of Arts in History and Secondary Education. Britany earned her Juris Doctor from the University of Chicago Law School, where she worked in the Environmental Law Clinic, representing conservation groups in Clean Water Act litigation.

---

**Matthew J. Langley** is a Partner at Almeida Law Group, where he leverages his extensive skills and experience cultivated as a federal prosecutor and defense attorney to champion the rights of individuals affected by unjust or deceptive practices. Matthew's practice focuses on class action lawsuits involving data privacy and security issues, deceptive and unfair business practices, false advertising and labeling as well as various statutory claims including the Telephone Consumer Protection Act (TCPA) and Illinois' Biometric Information Privacy Act (BIPA), and the California Invasion of Privacy Act (CIPA). Prior to joining the Almeida Law Group, Matthew was as a partner at Benesch, Friedlander, Coplan and Aronoff LLP, collaborating with David in the firm's Class Action practice group and, among other matters, representing plaintiffs in a two-billion-dollar defamation suit involving election fraud claims.

Matthew began his legal career at Kirkland and Ellis where, as an associate, he defended corporate clients in high-stakes litigation, including representing AOL in a class action data breach involving the personal data of over 680,000 customers. He continued to represent corporate clients, as both plaintiffs and defendants, at K&L Gates in Miami, Florida before joining the United States Attorney's Office for the Southern District of Florida.

As an Assistant United States Attorney, Matthew worked in both the Major Crimes and the Economic Crimes Divisions, prosecuting crimes involving health care fraud, tax fraud, money laundering, identity theft, bank fraud, child pornography, and drug trafficking. He first-chaired ten jury trials, securing guilty verdicts in all ten cases and successfully argued appeals in front of the Eleventh Circuit Court of Appeals. After leaving government service, Matthew worked as a securities class action attorney at Robbins Geller, where he played a crucial role in bringing securities fraud cases, helping to secure the recovery of

millions of dollars for shareholders.

Matthew is admitted to the bar in New York, Florida, California and Illinois. He earned his Bachelor of Arts in English and Sociology from the University of Connecticut and his Juris Doctor from Columbia Law School, where he was a Harlan Fiske Scholar.

---

**Karen Dahlberg O'Connell** is a Partner with the Almeida Law Group. Karen is an experienced litigator who is skilled at investigating and prosecuting consumer fraud actions.

Prior to joining Almeida Law Group, Karen participated in a wide range of consumer protection cases on behalf of the Federal Trade Commission for more than 15 years. Representative matters include undisclosed recurring subscription fees, alternative education scams, unlawful debt collection, unauthorized billing, business coaching and job scams, deceptive marketing of a medical discount plan, and false advertising via affiliate marketers. Before working at the Federal Trade Commission, Karen served as an Assistant Attorney General in the Litigation Bureau of the New York State Office of the Attorney General under Elliot Spitzer and Andrew Cuomo, where she defended New York State, state agencies, and state officers in all stages of litigation, including trial. Her cases as an Assistant Attorney General ranged from defending employment actions to alleged constitutional violations, including First and Fourth Amendment claims. Before entering public service, Karen was a litigation associate at Robins, Kaplan, Miller & Ciresi LLP in Boston. She started her legal career in the litigation department of Milbank LLP in New York.

In addition to fighting for consumers in court, Karen enjoys engaging in outreach to educate consumers about their rights, teach professionals how to spot and prevent consumer fraud, and influence industry leaders' use of developing technologies with consumer protection and data security principles in mind. Karen has delivered presentations and participated in panel discussions regarding a variety of consumer protection issues, including automatic renewals, imposter scams, native advertising, influencer campaigns, data security, privacy, the unauthorized practice of immigration law, and identity theft.

Karen takes an active role as a mentor to young attorneys and law students. While working at the Federal Trade Commission in 2018 and 2019, she was also a Lecturer in Law at Columbia Law School where she co-taught a seminar class titled *Counseling the Digital*

*Innovator*. Prior to that, she was a guest lecturer at Columbia Law School and Columbia Business School, focusing on digital marketing and advertising law. Karen also regularly judges moot court competitions at law schools across New York City.

At the Almeida Law Group, Karen is actively litigating an auditor liability case on behalf of companies and investors harmed by the auditor's fraudulent representations regarding the financial health of a publicly traded company. Karen is also currently litigating several data privacy cases against educational technology companies who are mining children's data without parental consent and a consumer fraud case against one of the largest gaming companies for misrepresenting the value and redeemability of gift cards for virtual currency. She is committed to protecting the most vulnerable consumers from predatory corporate practices.

Karen is admitted to the bar in the states of New York and Massachusetts as well as admitted to practice in the Southern and Eastern districts of New York, and the District of Massachusetts.

---

**John R. Parker Jr.**, or "J.R.," is a Partner with the Almeida Law Group. J.R. is a tenacious and successful litigator, handling intricate civil litigation from the investigative phase through settlement or trial in both state and federal courts, including appellate proceedings.

J.R.'s practice encompasses class action lawsuits, False Claims Act cases, Medi-Cal and Medicare fraud, consumer fraud, defective products and drugs, insurance bad faith, personal injury, medical malpractice, employment claims, civil rights, toxic tort, and environmental cases. He has taken on consumer class actions against prominent tech industry entities such as Facebook, Apple, and Zynga. J.R. has been appointed lead counsel in numerous class action cases by state and federal courts in California and nationwide.

Recognizing the human impact of personal or economic injuries resulting from the carelessness, negligence, or intentional acts of others, J.R. is deeply committed to representing individuals who lack the resources of the multinational corporations and insurance companies he holds accountable in his cases.

J.R. has volunteered for the Eastern District of California Dispute Resolution Program and served as appointed counsel for the Eastern District of California's pro bono program. He earned his A.B. in Greek and Latin from the University of Georgia, graduating *summa cum*

*laude*, and obtained his J.D. from Harvard Law School, where he served as Deputy Editor-in-Chief of the Harvard Journal of Law and Public Policy.

After law school, J.R. clerked for Judge Joseph A. Anderson, at the time Chief Judge for the United States District Court for the District of South Carolina. He then worked at a plaintiff's firm in Atlanta, Georgia, and then a litigation boutique in Birmingham, Alabama, Spotswood, Sansom, and Sansbury LLC, where he defended the FedEx Corporation in class action suits around the country. After relocating to Sacramento, California, J.R. worked at Kershaw, Cutter & Ratinoff LLP and then Cutter Law LLC, where he litigated and tried complex cases on behalf of ordinary people against large corporations and insurance companies. Some of his work before joining the Almeida Law Group LLC includes the following matters:

- *Doan v. State Farm*, 1-08-cv-129264 (Cal. Super. Ct., Santa Clara Cnty.) (co-lead counsel in certified class action against State Farm successfully tried and resulting in a global settlement of all State Farm fire policyholders in California)
- *U.S. ex rel. Bell v. Biotronik, Inc.*, 18-cv-01391 (C.D. Cal.) (Lead Relator's counsel in a False Claims Act case against medical device company resulting in
- $12.95 million recovery by the United States)
- *Bohannon v. Facebook, Inc.*, 4:12-cv-01894-BLF (N.D. Cal.). (Appointed Class Counsel representing a certified nationwide class of minor Facebook users and their parents)
- *Phillips v. County of Riverside*, 5:19-cv-01231-JGB-SHK (C.D. Cal.) (Co-lead Class Counsel in a collective action and then 86 individual actions brought under FLSA on behalf of social workers employed by Riverside County, resulting in $4.55 million global settlement after decertification)
- *Pike v. County of San Bernardino*, 5:17-cv-01680 (C.D. Cal.) (Co-lead Class Counsel in certified collective action brought under FLSA on behalf of social workers employed by San Bernardino County)
- *Johnson v. CSAA*, 07AS03197 (Sacramento Superior Court) (Co-Lead Counsel in class action against CSAA relating to failure to waive deductible. Resolved by settlement providing complete cash reimbursement, plus interest. Settlement valued at over $80 million)
- *Shurtleff v. Health Net*, (E.D. Cal. and Cal. Super. Ct., Sacramento Cnty.) (Co-Lead and Plaintiffs' Liaison counsel in class actions against Health Net for a breach of confidential information, resulting in a nationwide class settlement)
- *Parry v. National Seating & Mobility Inc.*, 3:10-cv-02782-JSW (N.D. Cal.) (Appointed Class Counsel on behalf of representing nationwide class of sales representatives for medical equipment company in breach of contract case that settled on a class-wide basis after certification in the Northern District of California)
- *Zmucki v. Extreme Learning*, 111-cv-197630. (Cal. Super. Ct., Santa Clara Cnty.), (Appointed settlement class counsel on behalf of class of educators for wage and hour violations in the Northern District of California)

---

**Chris Nienhaus** is Of Counsel at the Almeida Law Group.

Chris is a versatile litigator and stern advocate for consumer rights. His practice focuses on complex litigation against the nation's most powerful corporations in lawsuits challenging fraudulent, deceptive, and other harmful conduct.

Prior to joining the Almeida Law Group, Chris was a litigator at Ropes & Gray LLP where he successfully represented clients in high-stakes cases in both state and federal courts throughout the country. Drawing on his experience as a former defense attorney, Chris offers an informed and strategic perspective to his clients at all stages of litigation from pre-filing advisement through post-trial motions.

Before entering private practice, Chris served as a law clerk to the Honorable Susan G. Braden at the United States Court of Federal Claims and a judicial intern to the Honorable William M. Conley at the United States District Court for the Western District of Wisconsin.

Chris is admitted to the state bars in Illinois, Wisconsin, Massachusetts, and Washington, D.C. as well as the United States District Court for the Western District of Wisconsin and the United States Court of Federal Claims.

---

**David A. McGee** is Of Counsel at the Almeida Law Group.

A zealous consumer advocate, David found his passion for defending consumers when he was a law clerk at the Consumer Financial Protection Bureau in the Enforcement Division. Since, David spent the early part of his career working for national law firms representing financial services companies in government enforcement actions and associated litigation. After, David joined a national consumer class action law firm where he was involved in cases concerning higher education, where he obtained class certification for students suing their university for false representations concerning its ranking, financial products and services, and false advertising and labelling of products.

Specializing in consumer class action lawsuits, David's practice at Almeida Law Group focuses on cases involving financial institutions, "junk fee" cases, and false advertising cases. David has represented clients in federal court, multidistrict litigation, and in cases involving illegal gambling products.

David is admitted to the bars of Maryland and the District of Columbia. David graduated

*cum laude* from the University of Rochester where he obtained degrees in Political Science and English and was awarded high distinction in pursuing his degrees. David earned his Juris Doctor at the American University Washington College of Law, where he served as Editor-in-Chief of his law review, the Journal of Gender, Social Policy, and the Law.

---

**Victor J. Sandoval** is Of Counsel at the Almeida Law Group.

Victor is a seasoned class action litigator with deep expertise in data privacy and security matters. Victor focuses on complex class actions arising under federal and state consumer protection and privacy laws such as the California Invasion of Privacy Act, the Electronic Communications Privacy Act, the Video Privacy Protection Act, and the Children Online Privacy Protection Act. He is accredited as a Certified Information Privacy Professional (CIPP/US) and has extensive experience advising clients on compliance with state and federal privacy laws.

As his name suggests, Victor loves to win cases. Nonetheless, Victor's experience as both plaintiff and defense counsel in high-stakes litigation affords him the ability to not only serve as a formidable advocate in litigation but also as an effective negotiator when alternative resolution paths are preferred.

Before joining Almeida Law Group, Victor was a class and mass action litigation associate at AmLaw firms in New York and Los Angeles; some of his more memorable engagements include:

- Representing the Customs and Tax Administration for the Kingdom of Denmark in the $2.1 billion cum-ex tax fraud multidistrict litigation;
- Representing a consortium of southern California cities and water providers in state and multidistrict litigations against manufacturers of per- and polyfluoroalkyl substances;
- Bringing sex abuse cases against the Archdiocese of Los Angeles, which recently resulted in a settlement of $880M; and
- Litigating countless privacy cases for corporate clients.

Victor graduated from Columbia Law School with honors. While in law school, he externed for the United States Department of Justice Antitrust Division's Transportation, Energy, and Agriculture Section and Office of the Chief Legal Advisor. He was also a judicial intern for Chief Judge Beryl A. Howell of the U.S. District Court for the District of Columbia, Judge Carol B. Amon of the U.S. District Court for the Eastern District of New York and Judge Kenneth M. Karas of the U.S. District Court for the Southern District of New York. In privacy and advertising-related litigation, Victor draws on his pre-law school experience in digital marketing analytics for large corporate clients.

---

**Luke Coughlin** is an Associate Attorney at the Almeida Law Group.

Luke is an accomplished litigator. Before joining the Firm, Luke was a litigation associate at Edelman, Combs, Latturner & Goodwin, LLC, where he worked on a wide range of consumer cases with focus on usury claims. His passion for protecting consumer rights is driven by his interest in using technical investigations to support and advocate for his clients. He is committed to advancing consumer protection through innovative, cross-disciplinary legal strategies.

While attending law school, Luke worked as a claims investigator at Rain Intelligence, combining technical investigation with comprehensive legal analysis across a broad spectrum of case types. His work emphasized a meticulous approach to fact-finding, leveraging technology to investigate illicit collection and use of sensitive personal data and other incursions against consumer rights.

Prior to law school, Luke gained extensive experience in the tech sector, including work at Wayfair, where his focus on technical processes and analysis laid the foundation for his legal career. He brings a unique blend of technical expertise and legal acumen to the Firm.

Luke is admitted to the Illinois State Bar as well as the Federal District Courts of the Northern District of Illinois, Southern District of Illinois, Northern District of Indiana and Southern District of Indiana.

---

**Stephanie T. Reed** is an Associate Attorney at the Almeida Law Group.

Stephanie is an experienced attorney whose practice focuses on data privacy and security and consumer protection class action lawsuits. She brings substantial courtroom and discovery experience to her advocacy for clients, having managed complex litigation matters in state and federal courts throughout her career.

Prior to joining the Firm, Stephanie was a litigation associate at Prince Lobel Tye LLP in Boston, where she handled a variety of commercial litigation matters, including appellate briefing in a case reviewed by the Massachusetts Supreme Judicial Court. Earlier in her career, Stephanie developed a foundation in intellectual property law through her work as a law clerk at Bay State IP and a legal externship with the U.S. Patent and Trademark Office. She also externed for the Honorable Benjamin C. Barnes in the Edgartown District Court.

Stephanie is admitted to the Illinois, Massachusetts, New Hampshire, and Vermont state bars, as well as the Federal District Courts for the District of Massachusetts and the District of New Hampshire. Stephanie graduated from the University of Georgia where she obtained a degree in Political Science with a minor in Criminal Justice and a certificate in Legal Studies. Stephanie earned her Juris Doctor at Suffolk University Law School, with a concentration in Intellectual Property, where she served as Editor-in-Chief of the Journal of Health and Biomedical Law.

# EXHIBIT 3

SJG
STRANCH, JENNINGS & GARVEY
PLLC

# Class Action

**Our firm has a long record of success representing plaintiffs in a substantial number of class action and mass tort cases in state and federal courts throughout the U.S. These cases include some of the most complicated litigation the courts have seen against some of the largest multinational companies. Through these cases, we defend the rights of clients harmed by defective products, pharmaceuticals, industry negligence or illegal practices.**

**Our attorneys have served as class counsel and as lead, co-lead and liaison counsel in landmark cases and national class actions involving data breach, wage and hour violations, anti-competitive practices, illegal generic drug suppression and bid rigging, defective products and violations of the Telephone Consumer Protection act.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). Founding and Managing Member J. Gerard Stranch IV served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.
- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.
- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in a consumer class action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.
- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.
- **In re: Alpha Corp. Securities litigation.** Founding and Managing Member J. Gerard Stranch IV was appointed as co-lead counsel. The case resulted in a $161 million recovery for the class.

## ATTORNEYS IN THIS PRACTICE AREA


Darrius D. Dixon


Samuel W. Douthit


Elizabeth Fischer


Colleen Garvey


Anisha Guru


Hon. John (Jack) Garvey


Michael Iadevaia


Kyle C. Mallinak


Janna Maples


Nathan Martin


Andrew E. Mize


Andrew Murray


John C. Roberts


Marty Schubert


Michael G. Stewart


J. Gerard Stranch IV


James G. Stranch III


K. Grace Stranch

SJG STRANCH, JENNINGS & GARVEY PLLC
Michael Tackeff


Grayson Wells

SJG

STRANCH, JENNINGS & GARVEY
PLLC

# Privacy & Cybersecurity Litigation

**Security breach notification laws require entities to notify their customers or citizens when they have experienced a data breach and to take certain steps to deal with the situation. This gives these individuals the opportunity to mitigate personal risks resulting from the breach and minimize potential harm, such as fraud or identity theft. Currently, all 50 states, along with the District of Columbia and three U.S. territories, have adopted notification laws requiring notification when a breach has occurred.**

- **In re: Anthem, Inc. Data Breach Litig., MDL 2617 LHK** (N.D. California, 2016). The firm served as counsel for plaintiffs in a coordinated action consisting of nationwide cases of consumers harmed by the 2015 criminal hacking of servers of Anthem, Inc. containing more than 37.5 million records on approximately 79 million people receiving insurance and other coverage from Anthem's health plans. The case settled in 2017 for $115 million, the largest healthcare data breach in U.S. history, and has received final approval.

- **In re: MGM International Resorts Data Breach Litigation** (D. Nevada). Two separate data breaches by cybercriminals against MGM Resorts International (MGM) in 2019 and 2023 resulted in the exposure of private information of tens of millions of MGM guests. Following both incidents, multiple lawsuits were filed. In July 2024, plaintiffs in the lawsuits agreed to participate in joint mediation — In re: MGM International Resorts Data Breach Litigation. In October 2024, the plaintiffs filed a notice of settlement, notifying the court that all parties were able to resolve the cases. On. Jan. 22, 2025, Nevada District Judge Gloria M. Navarro issued an order granting plaintiffs' unopposed motion for preliminary approval of a $45 million class action settlement in the case. The final approval hearing is scheduled for June 18, 2025. J. Gerard Stranch, founding and managing member, served as a co-lead for the 2023 case leadership team.

- **Monegato v. Fertility Centers of Illinois, PLLC, Case No. 2022 CH 00810** (Cook County Circuit Court). The firm served as class counsel in a case brought on behalf of approximately 80,000 individuals whose personal information was involved in a February 2021 data breach. A settlement with a total estimated value of $14.5 million was negotiated. Final approval was granted by the Cook County, Illinois Circuit Court in April 2023.

- **In re: Evolve Bank & Trust Customer Data Security Breach Litigation, MDL 2:24-md-03127** (W.D. Tennessee) (J. Lipman). Serving as lead counsel for the class, SJ&G's Founding and Managing Member J. Gerard Stranch secured an $11.8 million settlement for the plaintiffs. This multidistrict litigation followed a data breach by cybercriminals against Evolve Bank & Trust that resulted in the theft of personal banking data of bank customers as well as Evolve fintechs' customers. Following the breach, multiple class action lawsuits were filed against the defendant and Evolve fintechs. The cases were consolidated in October 2024.

- **In re: CorrectCare Data Breach Litigation, 5:22-319-DCR** (E.D. Kentucky). J. Gerard Stranch, founding and managing member, served as class counsel in this class action lawsuit that resulted in a $6.49 million settlement, providing affected individuals up to $10,000 in reimbursement for documented losses related to the breach. The suit was the result of a 2022 data breach that exposed sensitive health data of more than 391,000 individuals.

- **In re: Owens, et al. v. U.S. Radiology Specialists, et al., Case No. 22 CVS 17797** (Mecklenburg, North Carolina, Supreme Court). The firm served as plaintiffs' counsel in action brought on behalf of approximately 1.3 million individuals whose sensitive, personal information was potentially compromised in defendants' December 2021 data security incident. Along with co-counsel, the firm negotiated a $5,050,000 non-reversionary common fund settlement including pro rata cash payments, reimbursement of up to $5,000 for out-of-pocket expenses traceable to the data breach per person, compensation for lost time and verified fraud reimbursement. Preliminary approval pending.

- **Weigand, et al. v. Group 1001 Insurance Holdings LLC, et al.,** 1:23-cv-01452 (S.D. Indiana). The firm helped achieve a $4.76 million settlement resulting from a February 2023 data breach allegedly caused by Group 1001 failing to provide reasonable cybersecurity practices.

- **McKenzie et al. v. Allconnect, Inc., 5:18-cv-00359** (E.D. Kentucky) (J. Hood). The firm served as class counsel in an action brought on behalf of more than 1,800 current and former employees of Allconnect, Inc., whose sensitive information contained in W-2 statements was disclosed to an unauthorized third party who sought the information through an email phishing scheme. The firm negotiated a settlement providing for direct cash payments to all class members, credit monitoring and identity theft protection plan at no cost, capped reimbursement of documented economic losses incurred per class member and other remedial measures. The approximately $2.2 million settlement value is one of the largest per capita recoveries in a W-2 phishing litigation.

- **Winsouth Credit Union v. Mapco Express Inc., and Phillips v. Mapco Express, Inc. Case Nos. 3:14-cv-1573 and 1710** (M.D. Tennessee) (J. Crenshaw). The firm served as liaison counsel in consumer and financial institution action stemming from the 2013 hacking of computer systems maintained by Mapco Express, Inc. The cases settled in 2017 for approximately $2 million.

- **Joyner v. Behavioral Health Network, Inc., No. 2017CV00629** (Massachusetts Supreme Court). A non-reversionary common fund of $1,200,000 was established to provide credit monitoring, and cover claims of economic loss up to $10,000 and non-economic loss up to $1,000 for lost time for each of the approximately 133,237 class members.

- **Larson v. Aditi Consulting, LLC, Case No. 22-2-03572-2 SEA** (King County, Washington, Supreme Court). Final approval was granted July 14, 2023.

- **Carr v. South Country Health Alliance, Case No. 74-CV-21-632** (Steele County, Minnesota District Court). Final approval was granted Nov. 6, 2023.

- **Reese v. Teen Challenge Training Center, Inc., Case No. 210400093** (Philadelphia County, Pennsylvania Court of Common Pleas). **Final approval pending.**

## ATTORNEYS IN THIS PRACTICE AREA


Darrius D. Dixon


Samuel W. Douthit


Colleen Garvey


Andrew E. Mize


John C. Roberts


J. Gerard Stranch IV


Grayson Wells



# J. Gerard Stranch IV

## FOUNDING AND MANAGING MEMBER


### PHONE
615.254.8801

### EMAIL
gstranch@stranchlaw.com

### LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


**Gerard Stranch is the managing member at Stranch, Jennings & Garvey, PLLC (SJ&G). A third-generation trial lawyer, he leads the firm's class action and mass tort practice groups. His additional areas of practice include bank fees, privacy litigation, wage and hour disputes, worker adjustment and retraining notification, personal injury and trucking wrecks.**

Mr. Stranch has served as lead or co-lead counsel for the firm in numerous cases, including:

- lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;
- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;
- the executive committee In re: Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;
- personally appointed to the steering committee In re: New England Compounding Pharmacy, Inc., resulting in more than $230 million in settlements; and
- appointed as co-lead counsel In re: Alpha Corp. Securities litigation, resulting in a $161 million recovery for the class.

A 2000 graduate of Emory University, Mr. Stranch received his J.D. in 2003 from Vanderbilt University Law School, where he teaches as an adjunct professor about the practice of civil litigation. He led the opioid litigation team in the Sullivan Baby Doe suit, for which the team won the 2022 Tennessee Trial Lawyer of the Year award. Mr. Stranch has been listed as one of the Top 40 Under 40 by the National Trial Lawyers Association and as a Mid-South Rising Star by Super Lawyers magazine.

### PRACTICE AREAS

- Bank Fees
- Car Crashes
- Class Action
- Labor Unions
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Opioid Litigation
- Personal Injury
- Privacy Litigation
- Product Liability
- Trucking Wrecks
- Wage & Hour Disputes
- Worker Adjustment & Retraining Notification

### EDUCATION

- Vanderbilt University Law School (J.D., 2003)
- Emory University (B.A., 2000)

### BAR ADMISSIONS

- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court Eastern – District of Tennessee
- U.S. District Court Middle – District of Tennessee
- U.S. District Court Western – District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals

### PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- 2024 Steven J. Sharp Public Service Award (American Association for Justice)
- 2024 Leonard Weinglass in Defense of Civil Liberties Award (American Association for Justice)
- Super Lawyers Mid-South Rising Star
- Tennessee Trial Lawyer of the Year
- Top 40 Under 40, National Trial Lawyers Association

*Memberships*

- Public Justice
- Nashville Bar Association
- Tennessee Bar Association
- American Association for Justice
- Tennessee Association for Justice
- Lawyer's Coordinating Committee of the AFL-CIO
- General Counsel Tennessee AFL-CIO and Federal Appointment, Coordinator
- General Counsel Tennessee Democratic Party
- National Trial Lawyer
- Board of Directors, Cumberland River Compact
- Class Action Trial Lawyers Association, Board Member
- Tennessee Trial Lawyers Association

### PRESENTATIONS

- Mr. Stranch regularly speaks at conferences on issues ranging from in-depth reviews of specific cases to developments in the law, including in mass torts, class actions and voting rights.
- Mr. Stranch is one of the founding members of the Cambridge Forum on Plaintiff's Mass Tort Litigation and regularly presents at the forum.

### LANGUAGES

- English
- German

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Grayson Wells

MEMBER

**Grayson Wells joined Stranch, Jennings & Garvey in early 2024. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Prior to joining the firm, Mr. Wells served as a litigation associate at the Nashville office of Bradley Arant Boult Cummings LLP. After earning his law degree from Indiana University Maurer School of Law in 2020, Mr. Wells served for two years as a law clerk to the Honorable Iain D. Johnston, U.S. District Judge for the Northern District of Illinois.

Before becoming a lawyer, Mr. Wells spent more than a decade as a network infrastructure engineer, both in the military and the private sector. In addition to his law degree, he received a master of science degree in cybersecurity risk management from Indiana University and a bachelor of science in computer science from Park University.


## PHONE

615.254.8801

## EMAIL

gwells@stranchlaw.com

## LOCATION

The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Civil Litigation
- Class Action
- Privacy & Cybersecurity Litigation

## EDUCATION

- Indiana University Maurer School of Law (J.D., magna cum laude, 2020)
  - Executive Articles Editor, Indiana Law Journal
  - President and Founder, Cybersecurity and Privacy Law Association
  - Dean's Writing Fellow
  - Community Legal Clinic
- Indiana University (M.S. in Cybersecurity Risk Management, 2020)
- Park University (B.S. in Computer Science, summa cum laude, 2010)

## CLERKSHIPS

- Hon. Iain D. Johnston, U.S. District Court, Northern District to Illinois, Western Division

## BAR ADMISSIONS

- Missouri
- Tennessee
- U.S. District Court – District of Colorado
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Missouri
- U.S. District Court – Eastern District of Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Eastern District of Wisconsin
- U.S. District Court – Western District of Wisconsin
- U.S. 6th Circuit Court of Appeals

## MEMBERSHIPS

- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association

SJG

STRANCH, JENNINGS & GARVEY
PLLC



# Andrew E. Mize

ATTORNEY

**Andrew Mize is an attorney in the Class Action and Privacy & Cybersecurity groups. With more than a decade of experience in complex civil litigation in his home state of Kentucky and across the country, he regularly litigates class actions in state and federal courts on behalf of consumers, patients and others.**

Mr. Mize has represented plaintiffs and class members in numerous class actions involving cybersecurity breaches and unauthorized disclosures of personal information through online tracking technologies, as well as in consumer injury and industrial explosion cases.

He has proudly represented numerous individuals, including minors, in cases involving personal injury, medical malpractice, education law, sexual abuse and civil rights — obtaining highly-favorable results.

Mr. Mize graduated *cum laude* from the University of Louisville, Louis D. Brandeis School of Law in 2011, where he was a member of the University of Louisville Law Review. During law school, he was a member of Phi Alpha Delta Law Fraternity and the National Lawyers Guild, and spent his summers interning with the Kentucky Department of Public Advocacy. He earned a Bachelor of Arts from Centre College in 2008 with double majors in government and history and double minors in international studies and political economy. While in college, he was a member of Beta Theta Pi.

Mr. Mize lives in Louisville, Kentucky, with his wife, who is an accountant. His interests include history, shooting sports, art, the outdoors and travel.


## PHONE
615.254.8801

## EMAIL
amize@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Civil Rights
- Class Action
- Complex Litigation
- Consumer Protection
- Medical Malpractice
- Privacy & Cybersecurity Litigation
- Personal Injury

## EDUCATION

- Louis D. Brandeis School of Law, University of Louisville (J.D., *cum laude*, 2011)
- Centre College, B.A. (2008)
- Culver Military Academy (2004)

## BAR ADMISSIONS

- Kentucky
- U.S. District Court – Central District of Illinois
- U.S. District Court – Eastern District of Kentucky
- U.S. District Court – Western District of Kentucky
- U.S. District Court – Eastern District of Michigan
- U.S. 6th Circuit Court of Appeals

## EXPERIENCE

Representative cases:

- Successfully litigated numerous data breach class action cases.
- Appointed co-lead interim class counsel in consolidated data breach class action, *In re: Seven Counties Services, Inc. Data Breach Litigation,* 24-CI-007516 (Jeff. Co. Ky. Cir. Ct) (Jan. 14, 2025).
- Obtained reversal of District Court grant of summary judgment to defendant school board and employees in case involving disability discrimination of a child from the U.S. Court of Appeals for the Sixth Circuit, *Clemons v. Shelby Cty. Bd. of Educ.,* 19-5846, 818 Fed.Appx. 453 (6th Cir. 2020).
- Favorable resolution of medical malpractice action involving plaintiff injured during gynecological surgery, resulting in significant damages.
- Highly favorable resolutions in numerous cases involving minor students injured at school due to negligence supervision, including bullying and discrimination.

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*

- American Association of Justice
- American Bar Association
- Kentucky Bar Association
- Kentucky Justice Association
- Phi Alpha Delta Law Fraternity

## PRESENTATIONS, SEMINARS & PUBLISHED WORKS

- *When Lady Justice Sought Her Sight: Judicial Selection in Kentucky in Light of Recent Trends and Carey v. Wolnitzek,* 50 U. LOU. L. REV. 383 (2011).



# Colleen Garvey

ATTORNEY


## PHONE
314.390.6750

## EMAIL
cgarvey@stranchlaw.com

## LOCATION
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101


**St. Louis native Colleen Garvey joined Stranch, Jennings & Garvey in 2022. Ms. Garvey previously worked at a top insurance defense firm in St. Louis, where she primarily practiced in premises liability, personal injury and catastrophic loss claims. She brings a unique perspective and desire to strongly advocate for those who have experienced injustice or harm.**

Ms. Garvey earned her J.D. in 2020 from Saint Louis University School of Law. While attending law school, she worked as a law clerk at a plaintiff's firm for two years; served as a teaching fellow mentor for first-year law students; clerked for Judge Colleen Dolan on the Missouri Court of Appeals in the Eastern District; and, by invitation, served as a member of the prominent Theodore McMillian American Inn of Court. She also practiced as a Rule 13 certified law student for Saint Louis University's Criminal Law Clinic, representing indigent clients in criminal matters before state and federal judges.

Ms. Garvey graduated *magna cum laude* in 2016 from Rockhurst University in Kansas City, Missouri, with a B.A. in Psychology and a B.A. in English, and competed as a collegiate scholar athlete on the Rockhurst women's golf team.

Ms. Garvey resides in the City of St. Louis with her pet axolotl, Jerry. In her free time, she enjoys traveling and playing pickleball with her friends and family.

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Mass Torts
- Necrotizing Enterocolitis (NEC)
- Personal Injury
- Privacy & Cybersecurity Litigation

## EDUCATION

- Saint Louis University School of Law (J.D., 2020)
- Rockhurst University (B.A., *magna cum laude*, 2016)

## CLERKSHIP

- Hon. Colleen Dolan on the Missouri Court of Appeals in the Eastern District

## BAR ADMISSIONS

- Missouri
- Illinois
- U.S. District Court – Eastern District of Missouri

## EXPERIENCE

*Representative Case*

- In re: Gill v. Abbott Laboratories, No. 2322-CC01251 (22nd Judicial Circuit Court of Missouri). A closely watched necrotizing enterocolitis (NEC) baby formula bellwether trial culminated in a $495 million judgment against Abbott Laboratories, a verdict that could affect many other lawsuits awaiting litigation in state and federal courts throughout the U.S.

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- 2023 Missouri & Kansas Super Lawyers® Class Action/Mass Torts Rising Stars
- 2023 National Trial Lawyers Civil Plaintiff Top 40 Under 40 Trial Lawyers in the state of Missouri

## COMMUNITY INVOLVEMENT

- Missouri State Public Defender System's Coalition for the Right to Counsel Program (*pro bono* representative, 2020 – present)

SJG

STRANCH, JENNINGS & GARVEY
PLLC




## PHONE
615.913.4135

## EMAIL
ddixon@stranchlaw.com

## LOCATION
The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


# Darrius D. Dixon

ATTORNEY

**Darrius Dixon joined Stranch, Jennings & Garvey in 2025. He specializes in complex civil litigation, including data breach and privacy class actions in both state and federal court.**

Mr. Dixon is a 2017 graduate of Middle Tennessee State University (MTSU) with a Bachelor of Science in criminal justice and homeland security, and a double minor in political science and psychology. While obtaining his degree, he also studied abroad in London, England.

He earned his J.D. in 2022 from the University of Tennessee's Winston College of Law, where he served as vice president of the Student Bar Association and held roles in the Health Law Society and Student Wellness Committee.

While in law school, Mr. Dixon worked as a student attorney in the University of Tennessee Law Wills Clinic, representing clients in estate planning and uncontested conservatorship cases. He also served as a legal intern at the Tennessee Valley Authority (TVA) in areas including administrative law, environmental law, civil defense litigation and state/federal regulatory compliance.

Following law school, Mr. Dixon practiced as an associate with the Knoxville-based Lewis Thomason P.C. law firm in the areas of insurance defense, commercial litigation and data privacy breach response. He also served as a healthcare litigation associate with Starnes Davis Florie LLP, representing hospitals, skilled nursing facilities and individual medical providers.

After graduating from MTSU, Mr. Dixon attended the Regional Law Enforcement Training Academy in Greeneville, Tennessee, and served as a police officer for two years before attending law school.

He resides in the Nashville area and teaches as an adjunct professor at MTSU. In his personal time, he enjoys drumming, cooking, traveling and volunteering with local community organizations.

## PRACTICE AREAS

- Class Action
- Complex Litigation
- Privacy & Cybersecurity Litigation

## EDUCATION

- University of Tennessee College of Law (J.D., 2022)
  - Vice President, Student Bar Association
  - Julian Blackshear Scholarship Award
  - Napier Looby Scholarship Award
  - William W. Hawkins Scholarship Award
  - Leadership Development Programming Assistant, UT Haslam College of Business
- Middle Tennessee State University (B.S. in Criminal Justice and Homeland Security, 2017)
  - Double minor in Political Science and Psychology

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – Middle District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

Memberships

- Tennessee Bar Association
- Nashville Bar Association
- American Bar Association
- Napier-Looby Bar Association
- International Association of Privacy Professionals

## PRESENTATIONS

- Presentation speaker for the Tennessee School Resource Officer Association Conference (June 2023)
- Guest speaker for the Mt. Zion Missionary Baptist Church of Asheville, North Carolina (June 2023)

SJG

STRANCH, JENNINGS & GARVEY
PLLC



**PHONE**
615.254.8801

**EMAIL**
jroberts@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

# John C. Roberts

ATTORNEY

**John C. Roberts joined Stranch, Jennings & Garvey in 2025 after completing his clerkship with Judge Lynne Ingram of the Eighth Circuit Court for Davidson County, Tennessee. He specializes in complex civil litigation and class actions in both state and federal courts.**

A third-generation trial lawyer, Dr. Roberts is a 2024 graduate of Vanderbilt University, where he obtained both his J.D. and Ph.D. in Law & Economics. While in law school, he spent his summers working for judges in Nashville — first for Magistrate Judge Jeffery S. "Chip" Frensley of the U.S. District Court for the Middle District of Tennessee, and later for Judge Sheila D.J. Calloway of the Davidson County Juvenile Court. In addition, he worked as a law student attorney for a small law firm in Texas, where he represented small businesses in commercial disputes.

Dr. Roberts' work for the Davidson County Juvenile Court led to his dissertation, titled "The Efficacy of Risk Assessment Instruments in Juvenile Pretrial Detention," in which he analyzed a risk assessment tool used by local officials in determining whether to detain juvenile arrestees pending trial. His research was supervised by leading economists and juvenile justice experts, including Christopher Slobogin, one of the nation's foremost scholars on risk assessment algorithms.

Prior to law school, Dr. Roberts received his master's and bachelor's degrees in economics from the University of Texas at Austin. During college, he interned for the Antitrust Division of the Texas Attorney General's Office, working with attorneys and staff economists on consumer protection investigations. After graduating with his master's degree at age 21, he was hired as one of the youngest adjunct assistant professors of economics at his local community college, where he taught introductory macroeconomics.

A native Texan, Dr. Roberts now calls Nashville home. In his spare time, he is an aspiring farmer, raising pigs, improving his cattle-handling skills and, most importantly, driving his tractor. He also enjoys camping, off-roading, carpentry, and playing piano and guitar.

## PRACTICE AREAS

- Civil Litigation
- Class Action
- Complex Litigation
- Consumer Protection
- ERISA Trust Funds
- Privacy & Cybersecurity Litigation

## EDUCATION

- Vanderbilt University Law School (J.D., 2024)
  - Branstetter Litigation & Dispute Resolution Program
- Vanderbilt University (Ph.D., Law & Economics, 2024)
  - Behavioral Law & Economics; Criminal & Juvenile Justice Policy
  - Russell G. Hamilton Scholar
  - University Graduate Fellow
- University of Texas in Austin (M.A., Economics, 2018)
- University of Texas in Austin (B.A. with High Honors, Economics, 2017)
  - Minors in Mathematics and Business Administration
  - Special Honors in Economics

## CLERKSHIP

- Hon. Lynne T. Ingram, Eighth Circuit Court for Davidson County, Twentieth Judicial District, State of Tennessee (2024-2025)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court – Middle District of Tennessee
- U.S. District Court – Western District of Tennessee
- U.S. District Court – Southern District of Texas

SJG
STRANCH, JENNINGS & GARVEY PLLC



# Samuel W. Douthit

ASSOCIATE ATTORNEY

**Samuel Douthit is an associate attorney specializing in complex civil litigation, including data breach and privacy class actions, in both state and federal courts.**

He graduated summa cum laude in 2022 with a Bachelor of Science in finance and a minor in mathematics from the University of Tennessee-Knoxville. He served as president of the Men's Club Soccer Team and was a Haslam College of Business Global Leadership Scholar.

Mr. Douthit earned his J.D. degree cum laude in 2025 from Indiana University's Maurer School of Law, where he worked with the Intellectual Property Clinic, served as an online editor for the Indiana Law Journal and participated in the Sherman Minton Moot Court competition. During his summers off from law school, he worked as a law student attorney for a firm in Indiana and a small firm in Nashville, where he represented individuals in a wide variety of legal needs.

Mr. Douthit resides in the Nashville area with his wife and two cats. In his spare time, he enjoys running, watching his beloved Borussia Dortmund football club and Nashville Soccer Club, and eating at restaurants up and down Nolensville Road.


## PHONE

615.254.8801

## EMAIL

sdouthit@stranchlaw.com

## LOCATION

The Freedom Center
Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


## PRACTICE AREAS

- Class Action
- Privacy & Cybersecurity Litigation

## EDUCATION

- Indiana University, Maurer School of Law (J.D., cum laude, 2025)
  - Online Editor, Indiana Law Journal
  - Participant, Sherman Minton Moot Court
  - Associate, Intellectual Property Law Clinic
- University of Tennessee (B.S., Finance, summa cum laude, 2022)
  - Global Leadership Scholar
  - Men's Soccer Club President

## BAR ADMISSIONS

- Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

Memberships

- Tennessee Bar Association
- Nashville Bar Association

SJG

STRANCH, JENNINGS & GARVEY
PLLC